```
Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com
```

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>       Plaintiff,<br><br>vs.<br><br>VASILY BASARGIN, IVAN BASARGIN, POLUHERIA BASARGIN, AND ZACHARY PUTMAN<br><br>       Defendants. | Case No. |

### SAFECO'S DISCLOSURE STATEMENT

Safeco Insurance Company of Illinois, by and through its attorneys, Guess & Rudd P.C., hereby complies with Rule 7.1(a) of the Federal Rules of Civil Procedure by identifying Safeco Corporation as its parent corporation, which holds 100% of the stock of Safeco Insurance Company of Illinois.

DATED at Anchorage, Alaska, this 3${}^{rd}$ day of March, 2006.

```
                    GUESS & RUDD P.C.
                    Attorneys for Plaintiff

                    By:      S/Gary A. Zipkin
                        Guess & Rudd P.C.
                        510 L Street, Suite 700
                        Anchorage, Alaska  99501
                        Phone: 907-793-2200
                        Fax:   907-793-2299
                        Email: gzipkin@guessrudd.com
                        Alaska Bar No. 7505048
```

F:\data\5500\1771\pleading\03disclosure statement.doc