Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| VASILY BASARGIN, IVAN BASARGIN, POLUHERIA BASARGIN, AND ZACHARY PUTMAN, | ) ) ) ) |
| Defendants. | ) Case No. 3:06-cv-00050 TMB ) ) |

NOTICE OF DISMISSAL
OF CLAIMS BEFORE ANSWER

  Pursuant to Federal R. Civ. Proc. 41(a)(1), plaintiff Safeco Insurance Company of Illinois, by and through its attorneys, Guess & Rudd P.C., hereby voluntarily dismisses all claims set out in its complaint as they pertain to defendants Vasily Basargin, Ivan Basargin and Poluheria Basargin with prejudice.

DATED at Anchorage, Alaska, this 9th day of May, 2006.

        GUESS & RUDD P.C.
        Attorneys for Plaintiff

By:     s/Gary A. Zipkin
     Guess & Rudd P.C.
     510 L Street, Suite 700
     Anchorage, Alaska  99501
     Phone: 907-793-2200
     Fax:   907-793-2299
     Email: gzipkin@guessrudd.com
     Alaska Bar No. 7505048