Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ZACHARY PUTMAN<br><br><br>　　　　Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00050-TMB<br>)<br>)<br>)<br>)<br>)<br>) |

AMENDED COMPLAINT FOR DECLARATORY RELIEF

　　　　Safeco Insurance Company of Illinois ("Safeco"), by and through its attorneys, Guess & Rudd P.C., hereby complains and alleges as follows:

Jurisdictional Statement and Background

　　　　1.　Safeco is a corporation organized and existing under the laws of the State of Illinois, with its principal place of business in Seattle, Washington.

2. Safeco is an authorized insurer in the State of Alaska, has paid its biennial corporate tax last due and has filed its biennial report for the last reporting period, and has satisfied all other conditions precedent to bringing and maintaining this action.

3. Upon information and belief, Zachary Putman is a resident of Anchorage, Alaska.

4. This court has jurisdiction over the subject matter of this action because the amount in controversy exceeds $75,000, exclusive of interest and costs, due to the nature of the claims and allegations discussed herein, and this dispute is between citizens of different states.

5. Safeco issued two automobile insurance policies to Ivan Basargin and Poluheria Basargin. Policy number H1841365 ("Auto Policy One"), provided coverage for four vehicles listed on the policy. This policy was in effect on July 6, 2005. Policy number H1841823 ("Auto Policy Two") provided coverage only for a 1996 Subaru Legacy, also owned by Ivan Basargin and Poluheria Basargin. A second policy was necessary for this vehicle because Safeco's underwriting guidelines permit a maximum of four vehicles to be insured on a single policy. Auto Policy Two was also in effect on July 6, 2005. True and correct copies

of Auto Policies One and Two are attached hereto as Exhibits 1 and 2.

6.   On or about July 6, 2005, defendant Vasily Basargin was involved in an automobile accident with defendant Zachary Putman at or near the intersection of Northern Lights Boulevard and Boniface Parkway in Anchorage, Alaska.  Vasily Basargin was driving a 1992 Chevrolet pickup owned by Ivan Basargin and Poluheria Basargin.  The 1992 Chevrolet involved in the accident was one of the four vehicles listed on Auto Policy One.

7.   Zachary Putman sued Vasily Basargin, Ivan Basargin and Poluheria Basargin for injuries Putman received in the automobile accident in an Alaska Superior Court case captioned <u>Zachary Putman v. Vasily Basargin, Ivan Basargin and Poluheria Basargin</u>, Case No. 3AN-05-10947 Civil ("the State Court Action").

8.   Safeco has paid, pursuant to a partial settlement agreement its policy limits under Auto Policy One in the amount of $112,500 to resolve Putman's personal injury claims against Vasily Basargin, Ivan Basargin and Poluheria Basargin in the State Court Action.  The terms of the partial settlement of Mr. Putman's claims are set out in the Partial Settlement Agreement And Release of Claims, a copy of which is attached as Exhibit 3.

9. Pursuant to the terms of the parties' partial settlement agreement, there remains for resolution by this court the issue of whether Zachary Putman's personal injury claims against the Basargins were covered by Auto Policy Two. Ehibit 3, ¶ 6.

<u>Claim for Declaratory Relief</u>

10. Safeco hereby realleges and incorporates by reference all of the allegations contained in paragraphs 1 through 11 as though fully set forth herein.

11. Auto Policy Two does not provide coverage for the claims asserted against Vasily Basargin, Ivan Basargin and Poluheria Basargin. The policy contains an exclusion applicable to all claims asserted against the named defendants in the State Court Action. Specifically, Exclusion B.2 provides as follows:

> We do not provide Liability Coverage for the ownership, maintenance or use of:
>
> . . . .
>
> 2. Any vehicle, other than **your covered auto**, which is:
>
>    a. owned by you; or

        **b.**    furnished or available for your regular use.

Exhibit 2, p. 6.

12. Safeco is entitled to a judicial declaration that it has no duty to provide coverage under Auto Policy Two for the claims asserted in the State Court Action by defendant Zachary Putman against defendants Vasily Basargin, Ivan Basargin and Poluheria Basargin.

WHEREFORE, Safeco prays for the following relief:

A. Entry of an order and judgment declaring that Safeco has no duty to provide coverage under Safeco policy number H1841823 for the claims asserted in the State Court Action by defendant Zachary Putman against defendants Vasily Basargin, Ivan Basargin and Poluheria Basargin; and

B. Such other and further relief as the court may deem just and equitable.

DATED at Anchorage, Alaska, this 9th day of May, 2006.

        GUESS & RUDD P.C.
        Attorneys for Plaintiff

By:    s/Gary A. Zipkin
     Guess & Rudd P.C.
     510 L Street, Suite 700
     Anchorage, Alaska  99501
     Phone: 907-793-2200
     Fax:   907-793-2299
     Email: gzipkin@guessrudd.com
     Alaska Bar No. 7505048