Law Offices of Elliott T. Dennis
1503 West 31st Avenue, Suite 201
Anchorage, AK 99503
Phone: 929-4890
Fax:    929-4891
Email: elliott@attorneydennis.com

Attorney for Zachary Putman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, ) ) ) Plaintiff, ) ) v. ) ZACHARY PUTMAN, ) ) Defendant. ) ) | Case No. 3:06-cv-00050-TMB |

### ENTRY OF APPEARANCE

Elliott T. Dennis enters his appearance as attorney of record on behalf of Defendant, Zachary Putman, and request that all future pleadings and documents in the above case be served upon him at his office address of 1503 West 31st Avenue, Suite 201, Anchorage, Alaska 99503.

DATED this 12th day of May, 2006.

LAW OFFICES OF ELLIOTT T. DENNIS
Attorney for Plaintiff

By:   s/ Elliott T. Dennis
Elliott T. Dennis, ABA #7610087
1503 W. 31st Avenue, Suite 201
Anchorage, Alaska 99503
Phone: (907) 929-4890
Fax:   (907) 929-4891
elliott@attorneydennis.com

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this ____ day of _____, 2006, a true and correct copy of the foregoing was electronically served on the following attorney:____

Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501

By:_____