Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>    Plaintiff,<br><br>vs.<br><br>ZACHARY PUTMAN<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00050-TMB<br>)<br>)<br>)<br>)<br>)<br>) |

WAIVER OF SERVICE OF SUMMONS

TO:     Gary A. Zipkin, Esq.
        Gregory G. Silvey, Esq.
        Guess & Rudd P.C.
        510 L Street, Suite 700
        Anchorage, Alaska  99501
        Attorney for Safeco Insurance Company of Illinois


    The undersigned, attorney for defendant Zachary Putman, defendant in the above-captioned action, hereby acknowledges receipt of your request that I waive service of a summons in the above-captioned action.  I have also received a

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299

copy of the Amended Complaint in the action, and a means by which I can return the signed waiver to you without cost to me.

I agree to save the cost of service of a summons and additional copy of the complaint in this lawsuit by not requiring that Zachary Putman be served with judicial process in the manner prescribed by Fed. R. Civ. P. 4.

Zachary Putman will retain all defenses or objections to the lawsuit or to the jurisdiction or venue of the court except for objections based on a defect in the summons or in the service of the summons.

I understand that a judgment may be entered against Zachary Putman if an answer or motion under Rule 12 is not served upon you within 60 days after the date of this Waiver.

DATED at Anchorage, Alaska, this 11th day of May, 2006.

LAW OFFICES OF ELLIOT T. DENNIS
Attorneys for Zachary Putman

By: _____
Elliott T. Dennis
Alaska Bar No. 7610087

F:\DATA\5500\1771\pleading\07waiver(amended complaint).doc

Waiver of Service of Summons
Safeco v. Putman; Case No. 3:06-cv-00050-TMB
Page 2 of 2

LAW OFFICES OF
Guess & Rudd P.C.
510 L STREET
SEVENTH FLOOR
ANCHORAGE, ALASKA 99501
TELEPHONE (907) 793-2200
FACSIMILE (907) 793-2299