Law Offices of Elliott T. Dennis
1503 West 31st Avenue, Suite 201
Anchorage, AK 99503
Phone: 929-4890
Fax:    929-4891
Email: elliott@attorneydennis.com

Attorney for Zachary Putman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, <br><br> Plaintiff, <br><br> v. <br><br> ZACHARY PUTMAN, <br><br> Defendant. | Case No. 3:06-cv-00050-TMB |

### *ERRATA*

Defendant filed two Entry of Appearances.  Docket 10, Entry of Appearance, was erroneously filed with an incomplete Certificate of Service.  Docket 11, Entry of Appearance, was filed with a completed Certificate of Service.

DATED this 12th day of May, 2006.

        LAW OFFICES OF ELLIOTT T. DENNIS
        Attorney for Plaintiff

By:  s/ Elliott T. Dennis
      Elliott T. Dennis, ABA #7610087
      1503 W. 31st Avenue, Suite 201
      Anchorage, Alaska 99503
      Phone: (907) 929-4890
      Fax:   (907) 929-4891
      elliott@attorneydennis.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of May, 2006, a true and correct copy of the foregoing was electronically served on the following attorney:

Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501

By:   s/Elliott T. Dennis

ERRATA
Page 2
Errata (Safeco v. Putman - Case No. 3:06-cv-50-TMB)