Law Offices of Elliott T. Dennis
1503 West 31st Avenue, Suite 201
Anchorage, AK 99503
Phone: 929-4890
Fax:    929-4891
Email: elliott@attorneydennis.com

Attorney for Zachary Putman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, <br><br>              Plaintiff, <br><br> v. <br><br> ZACHARY PUTMAN, <br><br>              Defendant. | Case No. 3:06-cv-00050-TMB |

### ANSWER TO AMENDED COMPLAINT AND COUNTER-CLAIM FOR DECLARATORY RELIEF

Defendant for his answer to Plaintiff's Amended Complaint for Declaratory Relief answers and alleges as follows:

Jurisdictional Statement and Background

1. Defendant is without sufficient information or knowledge to form a belief as to the truth of the allegations contained in paragraph 1 of the Plaintiff's Amended Complaint for Declaratory Relief and accordingly deny the same.

2. Defendant is without sufficient information or knowledge to form a belief as to the

truth of the allegations contained in paragraph 2 of the Plaintiff's Amended Complaint for Declaratory Relief and accordingly deny the same.

3. It is admitted that at all times relevant hereto Zachary Putman was a residence of Anchorage, Alaska.

4. The allegations contained in paragraph 4 of the Plaintiff's Amended Complaint for Declaratory Relief are admitted.

5. The allegations contained in paragraph 5 of the Plaintiff's Amended Complaint for Declaratory Relief are denied, except to the extent that said allegations are clearly established through review of exhibits 1 and 2 which are attached to the Plaintiff's Amended Complaint for Declaratory Relief and which Defendant admits are copies of two automobile insurance policies issued to Ivan and Poluheria Basargin by Plaintiff.

6. The allegations contained in paragraph 6 of the Plaintiff's Amended Complaint for Declaratory Relief are admitted.

7. The allegations contained in paragraph 7 of the Plaintiff's Amended Complaint for Declaratory Relief are admitted.

8. The allegations contained in paragraph 8 of the Plaintiff's Amended Complaint for Declaratory Relief are admitted, except to the extent it implies that Zachary Putman's personal injury claims have been fully resolved or extinguished.

9. The allegations contained in paragraph 9 of the Plaintiff's Amended Complaint for Declaratory Relief are generally admitted, except the issue to be resolved by this court is whether

any of the personal injury claims of Zachary Putman against the Basargins were covered by Auto Policy Two.

## Claim for Declaratory Relief

10. Defendant realleges and incorporates by reference the above and foregoing responses to the allegations in the Plaintiff's Amended Complaint for Declaratory Relief.

11. The allegations contained in paragraph 11 of the Plaintiff's Amended Complaint for Declaratory Relief to the effect that Safeco's Auto Policy Two does not provide coverage for the claims asserted by Zachary Putman against the Basargins are denied. The balance of the allegations are also denied except to the extent they are direct quotes from the insurance policy.

12. The allegations contained in paragraph 12 of the Plaintiff's Amended Complaint for Declaratory Relief are denied.

## *AFFIRMATIVE DEFENSE*

1. Defendant is entitled to a judicial determination that coverage is afforded under Safeco Auto Policy Two for one or more of the claims asserted by Zachary Putman in the State Court Action against one or more of the Basargins.

## *COUNTER-CLAIM FOR DECLARATORY RELIEF*

Zachary Putman, Defendant, for his Counter-Claim for Declaratory Relief, complains and alleges as follows:

1. Defendant for his Counter-Claim for Declaratory Relief adopts and incorporates by reference his responses to Plaintiff's Amended Complaint for Declaratory Relief.

ANSWER TO AMENDED COMPLAINT FOR DECLARATORY RELIEF
Page 3
Answer (Safeco v. Basargin et al - Case No. 3:06-cv-00050-TMB)

2.  Defendant and Plaintiff and Ivan, Poluheria, and Vasily Basargin, (hereafter Basargins) entered into a Partial Settlement Agreement and Release of Claims, a true and accurate copy of which is identified as Exhibit 3 to Plaintiff's First Amended Complaint.

3.  Defendant, as the assignee of the Basargins' rights, hereby asserts that Plaintiff was obligated to provide insurance coverage under Safeco Insurance Policy No. H1841823 to the Basargins for one or more claims asserted by Defendant against any or all of them in the State Court Action.

4.  Defendant is entitled to a judicial determination by this court that the Basargins were entitled to coverage under Safeco Policy No. H1841823 as to one or more of the claims asserted by Zachary Putman in the State Court Action.

WHEREFORE Defendant Zachary Putman prays for this court to make a judicial determination:

1)  Denying Plaintiff's requested relief;

2)  Entering judgment declaring that Safeco Insurance Policy No. H1841823 provided coverage for one or more of the claim asserted by Defendant in the State Court Action against Vasily Basargin, Ivan Basargin, and/or Poluheria Basargin; and

3)  For such other and further relief as may just and proper.

DATED this 18th day of May, 2006.

                    LAW OFFICES OF ELLIOTT T. DENNIS
                    Attorney for Plaintiff

By:   s/ Elliott T. Dennis
      Elliott T. Dennis, ABA #7610087
      1503 W. 31st Avenue, Suite 201
      Anchorage, Alaska 99503
      Phone: (907) 929-4890
      Fax:   (907) 929-4891
      elliott@attorneydennis.com

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 18th day of May, 2006, a true and correct copy of the foregoing was electronically served on the following attorney:

Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501

By:   s/Elliott T. Dennis

ANSWER TO AMENDED COMPLAINT FOR DECLARATORY RELIEF
Page 5
Answer (Safeco v. Basargin et al - Case No. 3:06-cv-00050-TMB)