Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>         Plaintiff,<br><br>vs.<br><br>ZACHARY PUTMAN<br><br>         Defendants. | Case No. 3:06-cv-00050-TMB |

SAFECO'S REPLY TO COUNTER-CLAIM

      Safeco Insurance Company of Illinois ("Safeco"), by and through its attorneys, Guess & Rudd P.C., hereby replies to Zachary Putman's counter-claim for declaratory relief paragraph by paragraph as follows:

      1.   The statement contained in Paragraph 1 is not an allegation of fact and therefore no response is required.

      2.   Safeco admits the allegations contained in paragraph 2.

3.   In response to paragraph 3, Safeco admits only that Zachary Putman seeks to recover under Safeco Insurance Policy No. H1841823 (referred to as Auto Policy Two in Safeco's Amended Complaint for Declaratory Relief), issued to Ivan and Poluheria Basargin.

4.   Safeco denies the allegations contained in paragraph 4 and incorporates by reference the allegations in its Complaint.

WHEREFORE, Safeco prays for the following relief:

A.   Entry of an order and judgment declaring that Safeco has no duty to provide coverage under Safeco policy number H1841823 for any of the claims asserted in the State Court Action by defendant Zachary Putman against defendants Vasily Basargin, Ivan Basargin and Poluheria Basargin;

B.   Entry of an order and judgment denying Zachary Putman's request for declaratory relief; and

C.   Such other and further relief as the court may deem just and equitable.

DATED at Anchorage, Alaska, this 30th day of May, 2006.

        GUESS & RUDD P.C.
        Attorneys for Plaintiff

        By:     s/Gary A. Zipkin
            Guess & Rudd P.C.
            510 L Street, Suite 700
            Anchorage, Alaska  99501
            Phone: 907-793-2200
            Fax:   907-793-2299
            Email: gzipkin@guessrudd.com
            Alaska Bar No. 7505048

F:\data\5500\1771\pleading\08answer counter-claim.doc

CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of May, 2006, a copy of the foregoing document was served electronically on:

    Elliott T. Dennis, Esq.

Guess & Rudd P.C.

By:  s/Gary A. Zipkin