Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff


                 IN THE UNITED STATES DISTRICT COURT

                   FOR THE DISTRICT OF ALASKA


SAFECO INSURANCE          )
COMPANY OF ILLINOIS,      )
                          )
          Plaintiff,      )
                          )
vs.                       )   Case No. 3:06-cv-00050-TMB
                          )
ZACHARY PUTMAN            )
                          )
                          )
          Defendants.     )
_____  )


                 SAFECO'S REPLY TO COUNTER-CLAIM


        Safeco Insurance Company of Illinois ("Safeco"), by and

through its attorneys, Guess & Rudd P.C., hereby replies to

Zachary Putman's counter-claim for declaratory relief paragraph

by paragraph as follows:


        1.   The statement contained in Paragraph 1 is not an

allegation of fact and therefore no response is required.


        2.   Safeco admits the allegations contained in

paragraph 2.

3.    In response to paragraph 3, Safeco admits only that Zachary Putman seeks to recover under Safeco Insurance Policy No. H1841823 (referred to as Auto Policy Two in Safeco's Amended Complaint for Declaratory Relief), issued to Ivan and Poluheria Basargin.

4.    Safeco denies the allegations contained in paragraph 4 and incorporates by reference the allegations in its Complaint.

WHEREFORE, Safeco prays for the following relief:

A.    Entry of an order and judgment declaring that Safeco has no duty to provide coverage under Safeco policy number H1841823 for any of the claims asserted in the State Court Action by defendant Zachary Putman against defendants Vasily Basargin, Ivan Basargin and Poluheria Basargin;

B.    Entry of an order and judgment denying Zachary Putman's request for declaratory relief; and

C.    Such other and further relief as the court may deem just and equitable.

DATED at Anchorage, Alaska, this 7th day of June, 2006.

GUESS & RUDD P.C.
Attorneys for Plaintiff


By:     s/Gary A. Zipkin
        Guess & Rudd P.C.
        510 L Street, Suite 700
        Anchorage, Alaska  99501
        Phone: 907-793-2200
        Fax:   907-793-2299
        Email: gzipkin@guessrudd.com
        Alaska Bar No. 7505048

F:\data\5500\1771\pleading\08answer counter-claim.doc

CERTIFICATE OF SERVICE

I hereby certify that on the
7th day of June, 2006, a copy
of the foregoing document was served
electronically on:

        Elliott T. Dennis, Esq.

Guess & Rudd P.C.


By:   s/Gary A. Zipkin