Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:   (907) 793-2200
Fax:       (907) 793-2299
E-mail:   gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, | ) ) ) |
| Plaintiff, | ) Case No. 3:06-cv-00050 TMB ) |
| vs. | ) ) |
| ZACHARY PUTMAN, | ) ) |
| Defendants. | ) SCHEDULING AND PLANNING ) CONFERENCE REPORT ) |

1.   **Meeting**. In accordance with F. R. Civ. P. 26(f), a meeting was held on June 12, 2006 and was attended by:

*Gregory G. Silvey*   attorney for plaintiff *Safeco Insurance Company of Illinois*

*Elliott T. Dennis*   attorney for defendant *Zachary Putman*

The parties recommend the following:

2.   **Pre-Discovery Disclosures**. The information required by F. R. Civ. P. 26(a)(1):

*The parties do not anticipate that discovery will be required as this case is expected to be resolved on*

[]{Rev. 07/04}

> *dispositive motions to be filed in the near future. For that reason, the parties do not anticipate exchanging discovery or witness lists unless there are issues remaining after dispositive motions have been resolved.*

___ have been exchanged by the parties

___ will be exchanged by the parties by (insert date)

Proposed changes to disclosure requirements: (Insert proposed changes, if any)

___ Preliminary witness lists

___ have been exchanged by the parties

___ will be exchanged by the parties by (insert date)

> *The parties request that this deadline be postponed until after dispositive motions have been resolved.*

3.   **Contested Issues of Fact and Law**. Preliminarily, the parties expect the following issues of law to be presented to the court by motion in this matter:

> *Whether there is coverage for the personal injury claims asserted by Zachary Putman under Safeco Policy No. H1841823.*

4.   **Discovery Plan**. The parties jointly propose to the court the following discovery plan.

> *As stated above, the parties do not anticipate that discovery will be necessary to resolve the summary judgment motions, but to the extent some discovery is needed, the parties anticipate working out the need for such discovery in connection with the briefing schedule for the dispositive motions.*

A.   Discovery will be needed on the following issues:
(Insert discovery issues)

B.   All discovery commenced in time to be completed by (insert date) ("discovery close date").

    C.    Limitations on Discovery.

        1.    Interrogatories

          __ No change from F. R. Civ. P. 33(a)

          __ Maximum of _____ by each party to any other party.

          __ Responses due in _____ days.

        2.    Requests for Admissions.

          __ No change from F. R. Civ. P. 36(a).

          __ Maximum of _____ requests.

          __ Responses due in _____ days.

        3.    Depositions.

          __ No change from F. R. Civ. P. 36(a), (d).

          __ Maximum of _____ depositions by each party.

          Depositions not to exceed _____ hours unless agreed to by all parties.

    D.    Reports from retained experts.

      __ Not later than 90 days before the close of discovery subject to F. R. Civ. P. 26(a)(2)(C).

      __ Reports due:

        From plaintiff (insert date)        From defendant (insert date)

    E.    Supplementation of disclosures and discovery responses are to be made:

      __ Periodically at 60-day intervals from the entry of scheduling and planning order.

      __ As new information is acquired, but not later than 60 days before the close of discovery.

    F.     A final witness list, disclosing all lay and expert witnesses whom a party may wish to call at trial, will be due:

        \_\_ 45 days prior to the close of discovery.

        \_\_ Not later than (insert date)

5. **Pretrial Motions**.

> *The parties request that the court hold in abeyance the deadline for any pretrial motions until dispositive motions have been resolved. The parties anticipate filing dispositive motions no later than 60 days following this report.*

\_\_ No change from D.Ak. LR 16.1(c).

The following changes to D.Ak. LR 16.1(c). [Check and complete all that apply]

\_\_ Motions to amend pleadings or add parties to be filed not later than (insert date).

\_\_ Motions under the discovery rules must be filed not later than (insert date).

\_\_ Motions in limine and dispositive motions must be filed not later than (insert date).

6. **Other Provisions**:

    A.     _X_  The parties do not request a conference with the court before the entry of the scheduling order, *but request that the court hold in abeyance any scheduling order other than to set time for exchange of dispositive motions at the present time.*

        \_\_ The parties request a scheduling conference with the court on the following issue(s):

    B.     Alternative Dispute Resolution. [D.Ak. LR 16.2]

        \_\_ This matter is not considered a candidate for court-annexed alternative dispute resolution.

        \_\_ The parties will file a request for alternative dispute resolution not later than (insert date).

        \_\_ Mediation        \_\_ Early Neutral Evaluation

      C.      The parties do not consent to trial before a magistrate judge.

      D.      Compliance with the Disclosure Requirements of F. R. Civ. P. 7.1

            __ All parties have complied      __ Compliance not required by any party

7. **Trial**.

*As stated above, the parties anticipate this matter will be resolved on dispositive motions and trial will not be necessary. If there are issues to be resolved, the parties will be better able to address the time needed for trial after the dispositive motions have been heard and decided by the court.*

      A.      The matter will be ready for trial:

            __ 45 days after the discovery close date.

            __ not later than (insert date).

      B.      This matter is expected to take _____ days to try.

      C.      Jury Demanded    __ Yes    __ No

            Right to jury trial disputed?  __ Yes    __ No

DATED at Anchorage, Alaska, this 27th day of June, 2006.

                  GUESS & RUDD P.C.
                  Attorneys for Plaintiff

                  By: ___s/Gary A. Zipkin_____
                        Guess & Rudd P.C.
                        510 L Street, Suite 700
                        Anchorage, Alaska  99501
                        Phone: 907-793-2200
                        Fax:  907-793-2299
                        Email: gzipkin@guessrudd.com
                        Alaska Bar No. 7505048

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the
27th day of June, 2006, a copy
of the foregoing document was served
electronically on:

    Elliott T. Dennis, Esq.

Guess & Rudd P.C.


By:    s/Gary A. Zipkin
F:\DATA\5500\1771\pleading\11Planning Report.doc

[]{Rev. 07/04}