Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| SAFECO INSURANCE<br>COMPANY OF ILLINOIS,<br><br>           Plaintiff,<br><br>vs.<br><br>ZACHARY PUTMAN,<br><br>           Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00050 TMB<br>)<br>) |


<u>SAFECO'S MOTION FOR SUMMARY JUDGMENT</u>


        Pursuant to Rules 56 and 57 of the Federal Rules of
Civil Procedure, Safeco Insurance Company of Illinois ("Safeco"),
by and through its attorneys, Guess & Rudd P.C., hereby moves for
summary judgment on its Amended Complaint for Declaratory Relief.
This motion is supported by the memorandum and exhibits filed
concurrently herewith.

DATED at Anchorage, Alaska, this 5th day of July, 2006.

GUESS & RUDD P.C.
Attorneys for Plaintiff


By: _____s/Gary A. Zipkin_____
      Guess & Rudd P.C.
      510 L Street, Suite 700
      Anchorage, Alaska  99501
      Phone: 907-793-2200
      Fax:   907-793-2299
      Email: gzipkin@guessrudd.com
      Alaska Bar No. 7505048


CERTIFICATE OF SERVICE

I hereby certify that on the
5th day of July, 2006, a copy
of the foregoing document was served
electronically on:

    Elliott T. Dennis, Esq.

Guess & Rudd P.C.


By:___s/Gary A. Zipkin___
F:\DATA\5500\1771\pleading\06 MSJ.doc

SAFECO'S MOTION FOR SUMMARY JUDGMENT
Safeco v. Putman, Case No. 3:06-cv-00050 TMB
Page 2 of 2