Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone: (907) 793-2200
Fax:   (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>ZACHARY PUTMAN,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00050 TMB<br>)<br>) |

ORDER RE: SAFECO'S MOTION FOR SUMMARY JUDGMENT

　　　　Safeco Insurance Company of Illinois ("Safeco"), having moved for summary judgment in its action for declaratory relief, and the court, being fully advised in the premises,

　　　　IT IS HEREBY ORDERED, that Safeco's Motion for Summary Judgment is GRANTED.  The court finds that Safeco has no duty to provide coverage under Safeco Automobile Policy H1841823 ("Auto

Policy Two") for the claims asserted by defendant Zachary Putman against the insureds under that policy.

Dated:_____

```
                              _____
                              Hon. Timothy M. Burgess
                              U.S. District Court Judge
```

CERTIFICATE OF SERVICE

I hereby certify that on the
5th day of July, 2006, a copy
of the foregoing document was served
electronically on:

    Elliott T. Dennis, Esq.

Guess & Rudd P.C.

By:___s/Gary A. Zipkin___
F:\DATA\5500\1771\pleading\06 MSJ.doc