Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, <br><br> Plaintiff, <br><br> vs. <br><br> ZACHARY PUTMAN <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Case No. 3:06-cv-00050 TMB <br> ) <br> ) |


AFFIDAVIT OF JOSEPH HELENSKY


STATE OF WASHINGTON        )
                           ) ss.
COUNTY OF KING             )


JOSEPH HELENSKY, being first duly sworn, states as

follows:


1.    I am a Personal Lines Underwriter employed by

Safeco Insurance Company of America, and in that capacity

provide underwriting services to Safeco Insurance Company of

Illinois.  I make this affidavit based upon my personal

knowledge of the facts set forth herein.

2.    Safeco's underwriting guidelines for the issuance
of individual automobile policies permit a maximum of four
vehicles to be insured on a single policy.

3.    When individuals own more than four vehicles, a
Safeco's underwriting guidelines require that a separate policy
be issued to cover the additional vehicle or vehicles owned.

4.    I reviewed Safeco's underwriting materials
pertaining to automobile policies issued to Ivan and Poluheria
Basargin for the policy period January 28, 2005 to July 28, 2005.
Those underwriting records show that two separate policies were
issued to the Basargins at that time.   The reason that two
automobile policies were issued at that time was that the
Basargins listed five vehicles.   Four vehicles were listed on
Safeco policy number H1841365, and one vehicle, a 1996 Subaru,
was listed on Safeco policy number H1841823.

FURTHER AFFIANT SAYETH NAUGHT.

SUBSCRIBED AND SWORN to before me this _23_ day of
_June_, 2006

Notary Public in and for Washington
My Commission Expires: _4-1-07_

CERTIFICATE OF SERVICE

I hereby certify that on the
_____ day of June, 2006, a copy
of the foregoing document was served
electronically on:

      Elliott T. Dennis, Esq.

Guess & Rudd P.C.

By:___s/Gary A. Zipkin___