Law Offices of Elliott T. Dennis
1503 West 31st Avenue, Suite 201
Anchorage, AK 99503
Phone: 929-4890
Fax:    929-4891
Email: elliott@attorneydennis.com

Attorney for Zachary Putman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, ) ) ) Plaintiff, ) ) v. ) ZACHARY PUTMAN, ) ) Defendant. ) ) | Case No. 3:06-cv-00050-TMB |

*STIPULATION FOR EXTENSION OF TIME*

The parties, through counsel, stipulate and agree that Defendant may have until July 28, 2006, in which to oppose Safeco's Motion for Summary Judgment, dated July 5, 2006. Defendant's counsel further agrees that the Opposition to Safeco's Motion for Summary Judgment will be hand-delivered to Plaintiff's counsel on or before July 28, 2006.

DATED this 18th day of July, 2006.

                                      LAW OFFICES OF ELLIOTT T. DENNIS
                                      Attorney for Defendant

By:   s/ Elliott T. Dennis
       Elliott T. Dennis, ABA #7610087
       1503 W. 31st Avenue, Suite 201
       Anchorage, Alaska 99503
       Phone: (907) 929-4890
       Fax:   (907) 929-4891
       elliott@attorneydennis.com

DATED this 18th day of July, 2006.

                                      GUESS & RUDD, P.C.
                                      Attorneys for Plaintiff

By:   s/Gary A. Zipking
       Guess & Rudd P.C.
       510 L Street, Suite 700
       Anchorage, Alaska 99501
       Phone: 907-793-2200
       Fax:   907-793-2299
       Email: gzipkin@guessrudd.com
       Alaska Bar No. 7505048

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 18th day of July, 2006, a true and correct copy of the foregoing was electronically served on the following attorney:

Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501

By:   s/Elliott T. Dennis

STIPULATION FOR EXTENSION OF TIME
Page 2
Stipulate Extend Time (Safeco v. Putman - Case No. 3:06-CV-00050 (TMB)