Law Offices of Elliott T. Dennis
1503 West 31st Avenue, Suite 201
Anchorage, AK 99503
Phone: 929-4890
Fax:    929-4891
Email: elliott@attorneydennis.com

Attorney for Zachary Putman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>  Plaintiff,<br><br>v.<br><br>ZACHARY PUTMAN,<br><br>  Defendant. | Case No. 3:06-CV-00050-TMB |

### *(PROPOSED) ORDER GRANTING EXTENSION OF TIME*

The Court, having reviewed the parties' Stipulation for Extension of Time filed herewith,

IT IS HEREBY ORDERED that Defendant may have until Friday, July 28, 2006, in which to file his Opposition to Safeco's Motion For Summary Judgment, dated July 5, 2006.

DATED this _____ day of July, 2006.

_____
Hon. Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 18th day of July, 2006, a true and correct copy of the foregoing was electronically served on the following attorney:

Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501

By:    s/Elliott T. Dennis

PROPOSED ORDER GRANTING EXTENSION OF TIME
Page 2
Order Extend Time (Safeco v. Putman - Case No. 3:06-CV-00050 TMB)