Law Offices of Elliott T. Dennis
1503 West 31ˢᵗ Avenue, Suite 201
Anchorage, AK 99503
Phone: 929-4890
Fax:    929-4891
Email: elliott@attorneydennis.com

Attorney for Zachary Putman


IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA


| | | |
|---|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No.  3:06-cv-00050-TMB |
| ZACHARY PUTMAN, | ) ) | |
| Defendant. | ) ) | |

_____ )

### *OPPOSITION TO MOTION FOR SUMMARY JUDGMENT*


Pursuant to Rule 56 of Federal Rules of Civil Procedure, Defendant, Zachary Putman

(Putman), hereby opposes the Plaintiff's Motion for Summary Judgment seeking a declaration that

the Safeco Insurance Policy No. 2 provides no coverage for indemnification of the claims which

Putman asserted against Basargins.  The basis for Putman's Opposition to Safeco's Motion for

Summary Judgment is more fully set forth in the Memorandum In Support of Opposition to Motion

for Summary Judgment and In Support of Cross-Motion for Summary Judgment and the supporting

documents attached thereto.

DATED this 28th day of July, 2006.

LAW OFFICES OF ELLIOTT T. DENNIS
Attorney for Plaintiff


By:   s/ Elliott T. Dennis
Elliott T. Dennis, ABA #7610087
1503 W. 31st Avenue, Suite 201
Anchorage, Alaska 99503
Phone: (907) 929-4890
Fax:    (907) 929-4891
elliott@attorneydennis.com


CERTIFICATE OF SERVICE

   I HEREBY CERTIFY  that  on this
 28th  day of ___July_____, 2006,
a  true and  correct  copy  of the
foregoing was electronically served on
the following attorney:_____

Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501

By:_____ s/Elliott T. Dennis_____


OPPOSITION TO MOTION FOR SUMMARY JUDGMENT
Page 2
Oppose SJ (Safeco Insurance v. Putman - Case No. 3:06-cv-00050-TMB)