Law Offices of Elliott T. Dennis
1503 West 31st Avenue, Suite 201
Anchorage, AK 99503
Phone: 929-4890
Fax:    929-4891
Email: elliott@attorneydennis.com

Attorney for Zachary Putman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY ) <br> OF ILLINOIS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ZACHARY PUTMAN, ) <br> ) <br> Defendant. ) <br> _____ ) | Case No. 3:06-cv-00050-TMB |

*(PROPOSED) ORDER DENYING MOTION*
*FOR SUMMARY JUDGMENT*

Plaintiff has moved for Summary Judgment and the Defendant has opposed that motion. Based upon the Plaintiff's Motion and the Defendant's response thereto,

IT IS HEREBY ORDERED that the Plaintiff's Motion for Summary Judgment is denied for the reason that as a matter of law this court concludes that Safeco's insurance policy No. H1841823 provides insurance coverage for the claims asserted by Zachary Putman against Ivan and Poluheria Basargin in Case No. 3AN-05-10947, filed in the Superior Court for the State of Alaska and Exclusion B.2. set forth in that insurance policy is not effective to exclude coverage for Putman's

claims against Basargins.

DATED this 28th day of July, 2006.

_____
Hon. Timothy M. Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 28th day of ___July_____, 2006, a true and correct copy of the foregoing was electronically served on the following attorney:____

Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501

By:____s/Elliott T. Dennis_____

(PROPOSED) ORDER DENYING MOTION FOR SUMMARY JUDGMENT
Page 2
Order Deny SJ (Safeco v. Putman - Case No. 3:06-cv-50 TMB)