Law Offices of Elliott T. Dennis
1503 West 31st Avenue, Suite 201
Anchorage, AK 99503
Phone: 929-4890
Fax:    929-4891
Email: elliott@attorneydennis.com

Attorney for Zachary Putman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, | )<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | ) Case No. 3:06-cv-00050-TMB |
| ZACHARY PUTMAN, | )<br>)<br>) |
| Defendant. | ) |

*CROSS-MOTION FOR SUMMARY JUDGMENT*

Pursuant to Rule 56 of Federal Rules of Civil Procedure, Defendant, Zachary Putman (Putman), hereby cross-moves for Summary Judgment seeking a declaration that the Safeco Insurance Policy No. 2 provides coverage for indemnification of the claims which Zachary Putman asserted against Ivan and Poluheria Basargin in Case No. 3AN-05-10947, filed in the Superior Court at Anchorage and that Exclusion B.2. set forth in that insurance policy is not effective to exclude coverage. The basis for Putman's Cross-Motion for Summary Judgment are more fully set forth in the Memorandum In Support of Opposition to Motion for Summary Judgment and In Support of Cross-Motion for Summary Judgment and the supporting documents attached thereto.

DATED this 28th day of July, 2006.

                                        LAW OFFICES OF ELLIOTT T. DENNIS
                                        Attorney for Plaintiff

By:   s/ Elliott T. Dennis
        Elliott T. Dennis, ABA #7610087
        1503 W. 31st Avenue, Suite 201
        Anchorage, Alaska 99503
        Phone: (907) 929-4890
        Fax:   (907) 929-4891
        elliott@attorneydennis.com

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 28th day of July, 2006, a true and correct copy of the foregoing was electronically served on the following attorney:

Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501

By:    s/Elliott T. Dennis

CROSS-MOTION FOR SUMMARY JUDGMENT
Page 2
Cross SJ (Safeco Insurance v. Putman - Case No. 3:06-cv-00050-TMB)