Law Offices of Elliott T. Dennis
1503 West 31st Avenue, Suite 201
Anchorage, AK 99503
Phone: 929-4890
Fax:    929-4891
Email: elliott@attorneydennis.com

Attorney for Zachary Putman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, )<br>)<br>        Plaintiff, )<br>)<br>v. )<br>)<br>ZACHARY PUTMAN, )<br>)<br>        Defendant. )<br>_____) | Case No.  3:06-cv-00050-TMB |

### *(PROPOSED) ORDER GRANTING CROSS- MOTION FOR SUMMARY JUDGMENT*

Defendant has cross-moved for summary judgment, and the court being duly advised on that motion and any response thereto,

IT IS HEREBY ORDERED that the Defendant's Cross-Motion for Summary Judgment is granted for the reason that as a matter of law this court concludes that Safeco's insurance policy No. H1841823 provides insurance coverage for the claims asserted by Zachary Putman against Ivan and Poluheria Basargin in Case No. 3AN-05-10947, filed in the Superior Court for the State of Alaska and Exclusion B.2. set forth in that insurance policy is not effective to exclude coverage for

Putman's claims against Basargins.

DATED this _____ day of July, 2006.

                                                           _____
                                                           Hon. Timothy M. Burgess
                                                           U.S. District Court Judge

<u>CERTIFICATE OF SERVICE</u>

   I HEREBY CERTIFY that on this 28th day of ___July_____, 2006, a true and correct copy of the foregoing was electronically served on the following attorney:____

Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501

By:_____s/Elliott T. Dennis_____