Law Offices of Elliott T. Dennis
1503 West 31st Avenue, Suite 201
Anchorage, AK 99503
Phone: 929-4890
Fax:   929-4891
Email: elliott@attorneydennis.com

Attorney for Zachary Putman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, <br><br> Plaintiff, <br><br> v. <br><br> ZACHARY PUTMAN, <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Case No. 3:06-cv-00050-TMB |

**AFFIDAVIT OF COUNSEL AUTHENTICATING EXHIBITS**

| | |
|---|---|
| STATE OF ALASKA <br><br> THIRD JUDICIAL DISTRICT | ) <br> ) ss <br> ) |

Elliott T. Dennis being duly sworn upon oath deposes and says:

1. I am the attorney representing Zachary Putman in the above referenced matter and this purpose of this affidavit is to authenticate Exhibits A through H submitted in support of Zachary Putman's Opposition to Plaintiff's Motion for Summary Judgment and in support of Putman's Cross-Motion for Summary Judgment.

2.  Exhibit A is a true and accurate copy of an indictment obtained by me from the Superior Court Criminal Case file related to Vasily Basargin.

3.  Exhibit B is a true and accurate copy of the superior court complaint which I filed in case No. 3AN-05-10947 CV on behalf of Zachary Putman against Vasily Basargin, Ivan S. Basargin and Poluheria Basargin.

4.  Exhibit C is an accurate copy of the answer filed in defense of Vasily Basargin in the civil action I filed against him on behalf of Zachary Putman.

5.  Exhibit D is an accurate copy of the answer filed in defense of Ivan S. Basargin and Poluheria Basargin in the civil action I filed against him on behalf of Zachary Putman.

6.  Exhibit E is an true and accurate copy of the transcript of a recorded statement of Ivan Basargin provided to me through the discovery process in state superior court case No. 3AN-05-10947 CV.

7.  Exhibit F is an true and accurate copy of the transcript of a recorded statement of Poluheria Basargin provided to me through the discovery process in state superior court case No. 3AN-05-10947 CV.

8.  Exhibit G is a true and accurate copy of the investigative report from John C. Parker which was provided to me during the course of discovery in state superior court case number 3AN-05-10947 CV.

9.  Exhibit H is a true and accurate copy of a recorded interview I conducted with Michael Buza who was a former employer of Vasily Basargin.

DATED this 28th day of July, 2006.

_____
Elliott T. Dennis

SUBSCRIBED and SWORN TO before me this 28th day of July, 2006.



Marsha K. Fowler
NOTARY PUBLIC IN AND FOR ALASKA
My Commission Expires: 9-20-2007

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, 2006, a true and correct copy of the foregoing was electronically served on the following attorney:___

Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501

By:_____s/Elliott T. Dennis_____

AFFIDAVIT OF COUNSEL AUTHENTICATING EXHIBITS
Page 3
Affidavit Exhibits (Safeco v. Putman - Case No. 3:06-cv-50 TMB)