IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,                )
                                )
                Plaintiff,      )
                                )
        vs.                     )
                                )
VASILY BASARGIN,                )
DOB: 8/8/1976                   )
APSIN ID: 6512371               )
DMV NO. 6512371                 )
SSN: 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                )
ATN: 109-539-981                )
                                )
                Defendant.      )
                                )

No. 3AN-S05-6132 CR

FILED IN OPEN COURT
Date: 8-2-05

### INDICTMENT

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following counts charge a crime involving DOMESTIC VIOLENCE as defined in AS 18.66.990: None

Count I - AS 11.41.200(a)(1);and/or AS 11.41.200(a)(2); and/or AS 11.41.200(a)(3)
Assault In The First Degree
Vasily Basargin - 005

Count II - AS 11.41.210(a)(1)
Assault In The Second Degree
Vasily Basargin - 006

Count III - AS 11.41.200(a)(1); and/or AS 11.41.200(a)(2); and/or AS 11.41.200(a)(3)
Assault In The First Degree
Vasily Basargin - 007

Count IV - AS 11.41.210(a)(1)
Assault In The Second Degree
Vasily Basargin - 010

EXHIBIT A PAGE 1 OF 8

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

Indictment
*State v. Vasily Basargin*, 3AN-S05-6132
Page 1 of 6

Putman - 573

Count V - AS 11.41.510(a)(1)
Robbery In The Second Degree
Vasily Basargin - 009

Count VI - AS 28.35.050(a)
and AS 28.35.060(c)
Leaving The Scene Of An Accident
Vasily Basargin - 002

Count VII - AS 28.35.050(a)
and AS 28.35.060(c)
Leaving The Scene Of An Accident
Vasily Basargin - 003

Count VIII - AS 28.35.050(a)
and AS 28.35.060(c)
Leaving The Scene Of An Accident
Vasily Basargin - 008

THE GRAND JURY CHARGES:

### Count I

That on or about July 6, 2005, at or near Anchorage in the Third Judicial District, State of Alaska, VASILY BASARGIN recklessly caused serious physical injury to Zach Putnam by means of a dangerous instrument and/or with intent to cause serious physical injury to Zach Putnam, caused serious physical injury to Zach Putnam and/or knowingly engaged in conduct that resulted in serious physical injury to Zach Putnam under circumstances manifesting an extreme indifference to the value of human life.

All of which is a class A felony offense being contrary to and in violation of AS 11.41.200(a)(1) and/or AS 11.41.200(a)(2) and/or AS 11.41.200(a)(3) and against the peace and dignity of the State of Alaska.

### Count II

That on or about July 6, 2005, at or near Anchorage in the Third Judicial District, State of Alaska, VASILY BASARGIN with intent to cause physical injury to

Indictment
*State v. Vasily Basargin*, 3AN-S05-6132
Page 2 of 6

EXHIBIT B PAGE 2 OF 8


Putman - 574

Cheryl Christian, caused physical injury to ~~Cheryl Christian~~ by means of a dangerous instrument. To wit at UAA intersection.

All of which is a class B felony offense being contrary to and in violation of AS 11.41.210(a)(1) and against the peace and dignity of the State of Alaska.

### Count III

That on or about July 6, 2005, at or near Anchorage in the Third Judicial District, State of Alaska, VASILY BASARGIN recklessly caused serious physical injury to Donald Graves by means of a dangerous instrument **and/or** with intent to cause serious physical injury to Donald Graves, caused serious physical injury to Donald Graves **and/or** knowingly engaged in conduct that resulted in serious physical injury to Donald Graves under circumstances manifesting an extreme indifference to the value of human life.

All of which is a class A felony offense being contrary to and in violation of AS 11.41.200(a)(1) and/or AS 11.41.200(a)(2) and/or AS 11.41.200(a)(3) and against the peace and dignity of the State of Alaska.

### Count IV

That on or about July 6, 2005, at or near Anchorage in the Third Judicial District, State of Alaska, VASILY BASARGIN with intent to cause physical injury to Mary Dunham, caused physical injury to Mary Dunham by means of a dangerous instrument.

All of which is a class B felony offense being contrary to and in violation of AS 11.41.210(a)(1) and against the peace and dignity of the State of Alaska.

### Count V

That on or about July 6, 2005, at or near Anchorage in the Third Judicial District, State of Alaska, VASILY BASARGIN in the course of taking or attempting to take property from the immediate presence and control of another, used or threatened the immediate use of force upon Lakiesha Williams with intent to prevent or overcome resistance to the taking of the property, retention of the property after the taking.

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

Indictment
*State v. Vasily Basargin*, 3AN-S05-6132
Page 3 of 6

EXHIBIT __A__ PAGE __3__ OF __8__

All of which is a class B felony offense being contrary to and in violation of AS 11.41.510(a)(1) and against the peace and dignity of the State of Alaska.

### Count VI

That on or about 6th day of July, 2005, at or near Anchorage in the Third Judicial District, State of Alaska, VASILY BASARGIN, being an operator of a vehicle involved in an accident resulting in injury to or death of a person, failed to stop the vehicle at the scene of the accident or as close to it as possible and return to, and remain at, the scene until the requirements of AS 28.35.060 were fulfilled; as the driver of a motor vehicle involved in an accident resulting in injury or death to a person, failed to immediately stop the defendant's vehicle at the scene of the accident or as close to it as possible and return to, and remain at, the scene until fulfilling the requirements of AS 28.35.060: as the driver of a motor vehicle involved in an accident resulting in injury to or death of a person, or damage to a vehicle that was driven or attended by a person, failed to give the defendant's name, address, and vehicle license number to the person struck or injured, or the operator or occupant, or the person attending the vehicle collided with, and failed to render reasonable assistance.

All of which is a felony offense being contrary to and in violation of AS 28.35.050(a) and AS 28.35.060(c) and against the peace and dignity of the State of Alaska.

### Count VII

That on or about 6th day of July, 2005, at or near Anchorage in the Third Judicial District, State of Alaska, VASILY BASARGIN, being an operator of a vehicle involved in an accident resulting in injury to or death of a person, failed to stop the vehicle at the scene of the accident or as close to it as possible and return to, and remain at, the scene until the requirements of AS 28.35.060 were fulfilled; as the driver of a motor vehicle involved in an accident resulting in injury or death to a person, failed to immediately stop the defendant's vehicle at the scene of the accident or as close to it as possible and return to, and remain at, the scene until fulfilling the requirements of AS 28.35.060: as the driver of a motor vehicle involved in an accident resulting in injury to

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

or death of a person, or damage to a vehicle that was driven or attended by a person, failed to give the defendant's name, address, and vehicle license number to the person struck or injured, or the operator or occupant, or the person attending the vehicle collided with, and failed to render reasonable assistance.

All of which is a felony offense being contrary to and in violation of AS 28.35.050(a) and AS 28.35.060(c) and against the peace and dignity of the State of Alaska.

### Count VIII

That on or about 6th day of July, 2005, at or near Anchorage in the Third Judicial District, State of Alaska, VASILY BASARGIN, being an operator of a vehicle involved in an accident resulting in injury to or death of a person, failed to stop the vehicle at the scene of the accident or as close to it as possible and return to, and remain at, the scene until the requirements of AS 28.35.060 were fulfilled; as the driver of a motor vehicle involved in an accident resulting in injury or death to a person, failed to immediately stop the defendant's vehicle at the scene of the accident or as close to it as possible and return to, and remain at, the scene until fulfilling the requirements of AS 28.35.060:as the driver of a motor vehicle involved in an accident resulting in injury to or death of a person, or damage to a vehicle that was driven or attended by a person, failed to give the defendant's name, address, and vehicle license number to the person struck or injured, or the operator or occupant, or the person attending the vehicle collided with, and failed to render reasonable assistance.

All of which is a felony offense being contrary to and in violation of AS 28.35.050(a) and AS 28.35.060(c) and against the peace and dignity of the State of Alaska.

Indictment
*State v. Vasily Basargin*, 3AN-S05-6132
Page 5 of 6


EXHIBIT __A__ PAGE __5__ OF __8__

DATED this 2nd day of August, 2005 at Anchorage, Alaska.

A true bill

_____
Grand Jury Foreperson

_____
John B. Skidmore
Assistant District Attorney
Alaska Bar No. 9811055

WITNESSES EXAMINED BEFORE THE GRAND JURY:
Zachary Putman
Renee McCord
Veronica Rodriguez (Valerie)
Joshua Lenaghen
Joshua Davis
Elissa Hoffman-Clare
Holly Friend
Barbara Flaherty
Lakiesha Williams
Eric Murphy
Donald Graves
Mary Ann Dunham
Brett Nichols
Roe Brenner
Officer Gregg Witte

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

Indictment
State v. Vasily Basargin, 3AN-S05-6132
Page 6 of 6

EXHIBIT __A__ PAGE __6__ OF __8__
Putman - 578

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA
THIRD JUDICIAL DISTRICT AT ANCHORAGE

STATE OF ALASKA,            )
                            )
        Plaintiff,           )
                            )
vs.                         )       FILED IN OPEN COURT
                            )       Date: 8-2-05
VASILY BASARGIN,            )
DOB: 8/8/1976               )
APSIN ID: 6512371           )
DMV NO. 6512371             )
SSN: 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            )
ATN: 109-539-981            )
                            )
        Defendant.          )
                            )

No. 3AN-S05-6132  CR

INFORMATION ADDING MISDEMEANOR COUNTS TO INDICTMENT

I certify this document and its attachments do not contain the (1) name of a victim of a sexual offense listed in AS 12.61.140 or (2) residence or business address or telephone number of a victim of or witness to any offense unless it is an address identifying the place of a crime or an address or telephone number in a transcript of a court proceeding and disclosure of the information was ordered by the court.

The following counts charge a crime involving DOMESTIC VIOLENCE as defined in AS 18.66.990: None

Count IX - AS 28.35.030(a)
Driving Under The Influence
Vasily Basargin - 001

Count X - AS 28.15.291(a)(1)
Driving While License Canceled, Suspended, Or Revoked
Vasily Basargin - 004

THE DISTRICT ATTORNEY CHARGES:

Count IX

That on or about 6th day of July, 2005, at or near Anchorage in the Third Judicial D___ict, State of Alaska, VASILY BASARGIN drove or operated a motor vehicle either; (a) while under the influence of alcoholic beverage, inhalant, or any controlled substance, singly or in combination; or (b) and determined by a chemical test taken within four hours after operating or driving to be 0.08% or more by weight of

DISTRICT ATTORNEY, STATE OF ALASKA
310 K STREET, SUITE 520
ANCHORAGE, ALASKA 99501
(907) 269-6300

alcohol in blood or 80 milligrams or more of alcohol per 100 milliliters of blood and/or there was 0.08 grams or more of alcohol per 210 liters of breath; or (c) both.

All of which is a class A misdemeanor offense being contrary to and in violation of AS 28.35.030(a) and against the peace and dignity of the State of Alaska.

### Count X

That on or about July 6, 2005, at or near Anchorage in the Third Judicial District, State of Alaska, VASILY BASARGIN drove a motor vehicle on a highway or vehicular way or area at a time when the defendant's driver's license, or privilege to drive, or privilege to obtain a license in this or another jurisdiction was canceled, suspended, revoked, or limited.

All of which is a class A misdemeanor offense being contrary to and in violation of AS 28.15.291(a)(1) and against the peace and dignity of the State of Alaska.

Dated at Anchorage, Alaska, this 2nd day of August, 2005.

DAVID W. MÁRQUEZ
ATTORNEY GENERAL

By: _____
John B. Skidmore
Assistant District Attorney
Alaska Bar No. 9811055

Information Adding Misdemeanor To Indictment
*State v. Vasily Basargin*, 3AN-S05-6132
Page 2 of 2

EXHIBIT A PAGE 8 OF 8

Putman - 580