RECEIVED DEC - 2 2005

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

ZACHERY PUTMAN )
                Plaintiff, )
     v. )
VASILY BASARGIN, IVAN S. ) Case No. 3AN-05-10947 CI
BASARGIN, and POLUHERIA )
BASARGIN )
                Defendants, ) **ANSWER**

---

    COMES now the Defendant, Vasily Basargin, by and through his counsel, Law Offices of Larry Z. Moser, P.C. and for his answer admits and denies as follows:

    1.    Admit.

    2.    This answering defendant admits that he and defendants Ivan S. Basargin and Poluheria Basargin are residents of the state of Alaska. Defendant denies the remaining allegations contained in paragraph 2.

    3.    This answering defendant admits that an accident occurred on July 6, 2005 between plaintiff and this answering defendant at or near the intersection of Northern Lights Boulevard and Boniface Parkway in Anchorage, Alaska. Defendant denies that the vehicle was owned by defendant Poluheria Basargin. The remaining allegations in paragraph 3 of Plaintiff's complaint require a legal conclusion and no answer is required. To the extent an answer is required, those allegations are denied.

    4.    This answering defendant is without sufficient information to admit or deny the allegations in paragraph 4 of Plaintiff's complaint and therefore denies the same.

LAW OFFICES OF LARRY Z. MOSER, P.C.
3231 Capstan Court
Anchorage, Alaska 99516
Tel: 907-222-1933    Fax: 907-222-1936

EXHIBIT C PAGE 1 OF 5

## COUNT 1
### (negligence)

5. Defendant incorporates by reference the admissions and denials in paragraphs 1 through 4 as though fully and completely set forth above.

6. The allegations contained in paragraph 6 of plaintiff's complaint require a legal conclusion and no answer is required. To the extent an answer is required, those allegations are denied.

7. The allegations contained in paragraph 7 of Plaintiff's complaint require a legal conclusion and no answer is required. Defendant is without sufficient information to admit or deny the remaining allegations contained in paragraph 7 of Plaintiff's complaint and therefore denies the same.

## Count II
### (Negligence Per Se)

8. Defendant incorporates by reference the admissions and denials in paragraphs 1 through 7 as though fully and completely set forth above.

9. The allegations contained in paragraph 9 of plaintiff's complaint require a legal conclusion and no answer is required. To the extent an answer is required, those allegations are denied.

10. To the extent the allegations contained in paragraph 10 of plaintiff's complaint require a legal conclusion, no answer is required. Defendant is without sufficient information to either admit or deny the remaining allegations contained in paragraph 10 and therefore denies the same.

## COUNT III
### (Punitive Damages)

11. Defendant incorporates by reference the admissions and denials in paragraphs 1 through 10 as though fully and completely set forth above.

LAW OFFICES OF LARRY Z. MOSER, P.C.
3231 Capstan Court
Anchorage, Alaska 99516
Tel: 907-222-1933   Fax: 907-222-1936

DEFENDANT'S ANSWER TO COMPLAINT

Page 2

EXHIBIT C PAGE 2 OF 5

12. To the extent the allegations contained in paragraph 12 of plaintiff's complaint require a legal conclusion, no answer is required. To the extent an answer is required, those allegations are denied.

13. To the extent the allegations contained in paragraph 13 of plaintiff's complaint require a legal conclusion, no answer is required. To the extent an answer is required, those allegations are denied.

14. To the extent the allegations contained in paragraph 14 of plaintiff's complaint require a legal conclusion, no answer is required. To the extent an answer is required, those allegations are denied.

### COUNT IV
### (Negligence)

15. Defendant incorporates by reference the admissions and denials in paragraphs 1 through 14 as though fully and completely set forth above.

16. The allegations contained in paragraph 16 of plaintiff's complaint appear to be directed at a defendant other than this answering defendant. Therefore, no answer is required. To the extent an answer is required, those allegations are denied.

17. The allegations contained in paragraph 17 of plaintiff's complaint appear to be directed at a defendant other than this answering defendant. Therefore, no answer is required. To the extent an answer is required, those allegations are denied.

### COUNT V
### (Negligent Control)

18. Defendant incorporates by reference the admissions and denials in paragraphs 1 through 17 as though fully and completely set forth above.

19. The allegations contained in paragraph 19 of plaintiff's complaint appear to be directed at a defendant other than this answering defendant. Therefore, no answer is required. To the extent an answer is required, those allegations are denied.

LAW OFFICES OF LARRY Z. MOSER, P.C.
3231 Capstan Court
Anchorage, Alaska 99516
Tel: 907-222-1933   Fax: 907-222-1936

Page 3

EXHIBIT C PAGE 3 OF 5

Case 3:06-cv-00050-TMB   Document 27-5   Filed 07/28/2006   Page 4 of 5

20. The allegations contained in paragraph 20 of plaintiff's complaint appear to be directed at a defendant other than this answering defendant. Therefore, no answer is required. To the extent an answer is required, those allegations are denied.

21. The allegations contained in paragraph 21 of plaintiff's complaint appear to be directed at a defendant other than this answering defendant. Therefore, no answer is required. To the extent an answer is required, those allegations are denied.

22. The allegations contained in paragraph 22 of plaintiff's complaint appear to be directed at a defendant other than this answering defendant. Therefore, no answer is required. To the extent an answer is required, those allegations are denied.

### COUNT VI
### (Negligent Entrustment)

23. Defendant incorporates by reference the admissions and denials in paragraphs 1 through 22 as though fully and completely set forth above.

24. The allegations contained in paragraph 24 of plaintiff's complaint appear to be directed at a defendant other than this answering defendant. Therefore, no answer is required. To the extent an answer is required, those allegations are denied.

25. The allegations contained in paragraph 25 of plaintiff's complaint appear to be directed at a defendant other than this answering defendant. Therefore, no answer is required. To the extent an answer is required, those allegations are denied.

26. The allegations contained in paragraph 26 of plaintiff's complaint appear to be directed at a defendant other than this answering defendant. Therefore, no answer is required. To the extent an answer is required, those allegations are denied.

### AFFIRMATIVE DEFENSES

1. Defendant incorporates by reference the admissions and denials in paragraphs 1 through 26 as though fully and completely set forth above.

2. Plaintiff is comparatively negligent and therefore, his injuries and/or damages must be reduced under the doctrine of comparative fault.

LAW OFFICES OF LARRY Z. MOSER, P.C.
3231 Capstan Court
Anchorage, Alaska 99516
Tel: 907-222-1933   Fax: 907-222-1936

DEFENDANT'S ANSWER TO COMPLAINT

Page 4

EXHIBIT C PAGE 4 OF 5

3. Plaintiff has failed to mitigate his damages.

4. Defendant reserves the right to add affirmative defenses as they become known.

## PRAYER FOR RELIEF

WHEREFORE, having answered plaintiff's complaint, and having set forth his affirmative defenses, defendants pray for relief as follows:

1. That plaintiff's complaint be dismissed, with prejudice;

2. That defendant be awarded his costs, including reasonable attorney's fees, incurred in the defense of this action; and

3. For such further relief as this Court deems equitable and just.

DATED this 30 day of November, 2005.

LAW OFFICES OF LARRY Z. MOSER, P.C.
Attorneys for Defendant Vasily Basargin

By *(signed)* Larry Z. Moser
Larry Z. Moser, ASBA No. 8611125

I hereby certify that on the 30 day of November, 2005, a copy of the foregoing was served by mail on:

Elliott T. Dennis
Law Office of Elliott T. Dennis
1503 W. 31st, Suite 201
Anchorage, AK. 99503

*(signed)* Larry Moser

LAW OFFICES OF LARRY Z. MOSER, P.C.
3231 Capstan Court
Anchorage, Alaska 99516
Tel: 907-222-1933   Fax: 907-222-1936

DEFENDANT'S ANSWER TO COMPLAINT

Page 5

EXHIBIT C PAGE 5 OF 5