RECEIVED DEC - 7 2005

IN THE SUPERIOR COURT FOR THE STATE OF ALASKA

THIRD JUDICIAL DISTRICT AT ANCHORAGE

ZACHARY PUTMAN, )
)
    Plaintiff, )
)
v. )
)
IVAN AND POLUHERIA BASARGIN )
)
    Defendants. )
)
_____ ) Case No. 3AN-05-10947 CI

## ANSWER

COME NOW defendants Ivan Basargin and Poluheria Basargin (hereafter Basargins) by and through their counsel of record, Lynch & Blum, P.C. and for their answer to plaintiff's complaint, hereby admit, deny and allege as follows:

    1. With regard to paragraph 1 of plaintiff's complaint, Basargins are without information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny the same.

    2. With regard to paragraph 2 of plaintiff's complaint, Basargins admit that, they were married, that they are the parents of Vasily Basargin, and that they reside in the State of Alaska. Basargins are without information sufficient to form a belief as to the truth of the remaining allegations contained therein and, therefore, deny the same.

    3. With regard to paragraph 3 of plaintiff's complaint, Basargins admit that, they owned the vehicle that was involved in the collision with the plaintiff. Basargins are without information sufficient to form a belief as to the truth of the remaining allegations contained therein and, therefore, deny the same.

Lynch & Blum, P.C.
A PROFESSIONAL CORPORATION
425 G STREET, SUITE 320
ANCHORAGE, ALASKA 99501
(907) 276-3222
FAX: (907) 278-9498

4. With regards to Paragraph 4 of plaintiff's complaint Basargins lack information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny the same.

5. With regard to paragraph 5 of plaintiff's complaint, Basargins reallege and incorporate herein by reference all of the admissions, denials and allegations contained in paragraphs 1 through 4 above.

6. With regards to paragraphs 6 and 7 of plaintiff's complaint, Basargins lack information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny the same.

7. With regard to paragraph 8 of plaintiff's complaint, defendants Basargins reallege and incorporate herein by reference all of the admissions, denials and allegations contained in paragraphs 1 through 6 above.

8. With regard to paragraphs 9 and 10 of plaintiff's complaint, Basargins lack information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny the same.

9. With regard to paragraph 11 of plaintiff's complaint, Basargins reallege and incorporate herein by reference all of the admissions, denials and allegations contained in paragraphs 1 through 8 above.

10. With regard to paragraphs 12 through 14 of plaintiff's complaint, Basargins lack information sufficient to form a belief as to the truth of the allegations contained therein and, therefore, deny the same.

Lynch & Blum, P.C.
A PROFESSIONAL CORPORATION
425 G STREET, SUITE 320
ANCHORAGE, ALASKA 99501
(907) 276-3222
FAX: (907) 278-9498

11. With regard to paragraph 15 of plaintiff's complaint, Basargins reallege and incorporate herein by reference all of the admissions, denials and allegations contained in paragraphs 1 through 10 above.

12. With regard to paragraphs 16 and 17 of plaintiff's complaint, Basargins deny all of the allegation contained therein.

13. With regard to paragraph 18 of plaintiff's complaint, Basargins reallege and incorporate herein by reference all of the admissions, denials and allegations contained in paragraphs 1 through 12 above.

14. With regard to paragraph 19 of plaintiff's complaint, Basargins admit that they had the right to exercise exclusive control over the vehicle which collided with the plaintiff. Basargins deny all of the remaining allegation contained therein.

15. Paragraph 20 of plaintiff's complaint states a conclusion of law rather than an allegation of fact. Therefore, no response is required. To the extent that a response is required, Basargins deny all of the allegations contained therein.

16. With regard to paragraphs 21 and 22 of plaintiff's complaint, Basargins deny all of the allegations contained therein.

17. With regard to paragraph 23 of plaintiff's complaint, Basargins reallege and incorporate herein by reference all of the admissions, denials and allegations contained in paragraphs 1 through 16 above.

18. With regard to paragraphs 24 through 26 of plaintiff's complaint, Basargins deny all of the allegations contained therein.

19. With regard to all of the allegations contained in plaintiff's complaint which have not been specifically admitted or denied, the same are denied.

Lynch & Blum, P.C.
A PROFESSIONAL CORPORATION
425 G STREET, SUITE 320
ANCHORAGE, ALASKA 99501
(907) 276-3222
FAX: (907) 278-9498

By way further answer, defendants hereby submit the following affirmative defenses:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff has failed to state a claim for relief

### SECOND AFFIRMATIVE DEFENSE

Plaintiff has failed to mitigate his damages

### THIRD AFFIRMATIVE DEFENSE

Any award of damages to the plaintiff must be reduced or eliminated by an amount equal to Zachary Putman's comparative negligence in accordance with AS 09.17.080.

### FOURTH AFFIRMATIVE DEFENSE

Some of all of the damages claimed by the plaintiff were the result of a preexisting condition which pre-dated the incident giving rise to the complaint.

### FIFTH AFFIRMATIVE DEFENSE

The plaintiff's request for punitive damages should be denied as being in violation of Basargins' rights under Article VIII of the Constitution of the United States and Article I, § 1, 7 and 12 of the Constitution of the State of Alaska.

### SIXTH AFFIRMATIVE DEFENSE

Plaintiffs' injuries, if any, were proximately caused by unforeseeable, unanticipated, independent, intervening and/or superseding events beyond the control of, and unrelated to, any conduct of Basargins.

### SEVENTH AFFIRMATIVE DEFENSE

Basargins, reserve the right to add additional affirmative defenses as may be disclosed by the discovery to be conducted in this litigation.

Lynch & Blum, P.C.
A PROFESSIONAL CORPORATION
425 G STREET, SUITE 320
ANCHORAGE, ALASKA 99501
(907) 276-3222
FAX: (907) 278-9498

Having set forth their answer to the plaintiff's complaint, Basargins pray for judgment as follows:

1. That the plaintiff's complaint against them be dismissed with prejudice and that the plaintiff take nothing thereby.

2. That Basargins be awarded their costs and attorney fees incurred in defending the action brought by the plaintiff.

3. For such other and further relief as the facts and law warrant.

DATED at Anchorage, Alaska this 6TH day of December, 2005.

Lynch and Blum, P.C.
Attorneys for Ivan and Poluheria Basargin

By: _____
Timothy M. Lynch
Alaska Bar No. 7111030

Certificate of Service
I hereby certify that on 6th day of December, I caused a true and correct copy of the foregoing to be served via first class mail upon:

Elliott T. Dennis
1503 West 31 Avenue, Suite 201
Anchorage, AK 99503

_____
Kendra Elenberger

Lynch & Blum, P.C.
A PROFESSIONAL CORPORATION
425 G STREET, SUITE 320
ANCHORAGE, ALASKA 99501
(907) 276-3222
FAX: (907) 278-9498