# RECORDED CLAIMS STATEMENT

| Insured | | Claim No. | File Name |
|---|---|---|---|
| Basargin | | 4541 0907 2020 | swa41440.pmu |
| Name of Person Giving Statement | | Relationship to Accident | |
| Ivan Basargin | | Policyholder | |
| Date Taken | Date of Loss | Interviewer | |
| 7/12/05 | 7/6/05 | Paul Henry | |

Q:    This is Paul Henry in Redmond, Washington. I'm speaking with Ivan Basargin who resides in, I believe in, uh, Anchorage, Alaska. Uh, today's date is the 12th of July 2005. Mr. Basargin, are you aware that I'm recording our conversation?

A:    Okay.

Q:    And do I have your permission to record our conversation?

A:    Yes, sir.

Q:    Okay. Sir, for the record, would you please state your name and home address?

A:    It's, uh, my name is Ivan Basargin and my address which is most of the, uh, what Bollin Street. [phonetic]

Q:    Okay. I've got you at 381 Bollin Street, Apartment 3, is that correct?

A:    It's correct.

Q:    And that's in Anchorage?

A:    In Anchorage.

Q:    Oh, okay. And, uh, sir, what is your home number, your home telephone number?

A:    It's, it's 907...

Q:    Uh-huh.

A:    33, uh, 2...

Q:    Uh-huh.

A:    15, 1538.

Basargin
Page 2

Q:    Right.  Thanks very much, okay.  Uh, sir, what, what was the date that the accident occurred on?

A:    It, it was, uh, 6th, I think, I believe.  I wasn't home.

Q:    July 6th of 2005, is that correct?

A:    Yes, sir.

Q:    Oh, okay.  And about what time did it take place, do you know?

A:    I, I didn't know, but I saw on the police record, I think it's, uh, uh, 5:40 or 6:40.  I don't know exactly.

Q:    Is that a.m. or p.m.?

A:    It's in the evening.

Q:    In the morning?

A:    In the evening.

Q:    In the evening, okay.  So 5:40 or 6:40 p.m., okay.

A:    Yes.

Q:    And, uh, do you know where the accident took place?

A:    In, uh, I don't know exactly because I wasn't home.  I was [inaudible].

Q:    Right.

A:    I do some painting so…

Q:    Okay.

A:    He came and uh, took my, you know, without permission.

Q:    Okay.  Let me ask you.  Which of your vehicles was involved?  What kind of vehicle was it?

A:    Uh, in accident?

Q:    In the accident.

A:    I mean this one, it's a '92 Chevy pickup.

BASARGIN 10091

EXHIBIT  E  PAGE  2  OF  10

Basargin
Page 3

Q:    What year is it again?

A:    It's '92.

Q:    1990, 1992?

A:    Yes, sir.

Q:    Okay. Bear with me just a second, okay. So it that your K1500 pickup?

A:    Yes, sir.

Q:    Okay, okay. And what color is your pickup?

A:    It's red and black.

Q:    Black, okay. And just a second here. And do you know the license plate number on your pickup?

A:    Uh, that I don't know exactly. I have in my van. [unclear]

Q:    Is, is it Alaska license?

A:    Yes. Alaska license.

Q:    Okay, okay. And who was the driver of, of your vehicle?

A:    It was Vassali Basargin.

Q:    Okay. And let me just see if I've got him down here, Vassali Basargin, right?

A:    Vassali, yeah.

Q:    Okay, okay. And who is Vassali Basargin?

A:    Yeah. He's my, uh, oldest son.

Q:    Okay. And, uh, let me ask you. How old is he?

A:    He's, uh, 27, 28.

Q:    Okay. Do you know his date of birth?

A:    Uh, that I don't know.

Q:    Okay. So he's 27 or 28, okay. And, uh, do you have his address?

EXHIBIT  E PAGE 3 OF 10

Basargin
Page 4

A:     I don't, he live in apartment someplace. I don't exactly know the, in, uh, I never pay attention to his address. He come once in awhile visit, but...

Q:     Okay.

A:     You know, he...

Q:     Okay. Bear with me a second. Does he live in Anchorage?

A:     Yeah. He lives in, uh, he work in Anchorage, but actually he live in Homer.

Q:     In Homer, okay. Okay. Bear with me just a second. Do you know where he works in Anchorage?

A:     He work, I think it's a framing. I don't know which company exactly he work for.

Q:     Okay, that's fine. Uh, okay. But he, uh, Vassali does not live with you, uh, at your, in your apartment on Bollin Street, is that right?

A:     No, no, sir. He have his own.

Q:     Bear with me just a second. Okay. And did Vassali have your permission to drive your vehicle?

A:     No, sir. I wasn't home when he took it.

Q:     Okay. I have to ask you a few questions about that. You were not home. How, how did he obtain the keys?

A:     That key, I don't think, I don't know, I think it's, uh, he start it with a screwdriver or something like that.

Q:     I'm sor-...

A:     I don't know how he did and I think he did with a screwdriver. I think he started it.

Q:     Oh, so you don't even think he had a key?

A:     I don't think so. I don't, I don't believe he has the key.

Q:     Okay, okay. Uh...

A:     If he's in jail and I, and I don't see the pickup, you know, the police department, they don't let us see the pickup so I don't even know exactly how.

Q:     Okay. Let me ask you this. Uh, so he didn't have your permission to drive your vehicle. Uh, now he took it, he took it while, while you were away?

BASARGIN 10093

EXHIBIT  E  PAGE  4  OF  10

Basargin
Page 5

A:    Yes. I was in Palmer, and my pickup was, [inaudible] to do it, you know, it's, uh, the brakes, not the brake, but the clutch was not that good, so I wasn't driving pickup.

Q:    Uh-huh.

A:    So I use my van, so I was, you know, working in Palmer.

Q:    Oh, you worked out of Palmer?

A:    Yes. A painting job.

Q:    Uh-huh.

A:    And, uh, when I, I just find out next day and so this happen.

Q:    Okay, okay, okay. And, uh, uh, do you leave keys around the house? Is it possible that he was able to, was he able to get into your home to get keys or was he able to get into your home at all?

A:    I, I don't really know because I don't see him in the jail yet.

Q:    Okay.

A:    And I don't ask him, you know, I don't know how he did that.

Q:    Okay. Were there keys in your home?

A:    Yeah. He, he got no key from our home.

Q:    Okay. But, so he, I guess what I want to know is you had the, uh, the keys to your pickup were in your home.

A:    Yes, it was.

Q:    Okay. And, and they're still there, is that what you're saying?

A:    And, uh, I don't look [inaudible] question, look to see if it…

Q:    Yeah. Look to see if the keys are still there.

A:    That's exactly what happened. He probably took it. Yeah, it's not here. [Inaudible] the key.

Q:    Okay. But, but you…

A:    Yeah. It's not here. It was behind, right here in the little can.

Q:    So you're saying that the keys are not in your home now?


EXHIBIT _E_ PAGE _5_ OF _10_


BASARGIN 10094

Basargin
Page 6

A:    It's not in home.

Q:    Okay.

A:    I don't [inaudible].

Q:    Okay.

A:    I know it, uh, really, you know, bad news so, it's kind of like [unclear]...

Q:    Did you ever give Vassali a key to your car?

A:    I never give him a car. He drove a different car.

Q:    Okay.

A:    His car.

Q:    Okay. And, uh, did, does, does, uh, does Vassali have a key to your home?

A:    That I don't know. I have to ask my wife if he get into the, by the other door. I know he know the other door was unlocked.

Q:    Okay.

A:    [Inaudible] is not working, he get in there or you know, I have to ask my wife, and my wife, she wasn't home either when this happened.

Q:    Right. Bear with me a second, okay. Let me ask you about, have you let Vassali drive your pickup in the past?

A:    No. I never, you know, because that pickup wasn't working good. I never give him before the pickup.

Q:    So he's never driven it before?

A:    No. Because it was not good, you know, I just don't let nobody use it, that pickup.

Q:    Okay, okay. Uh, does Vassali have a driver's license?

A:    I don't know.

Q:    Okay.

A:    I have to look in the, you know, that, uh, police report.

BASARGIN 10095

EXHIBIT _F_  PAGE _6_ OF _10_

Basargin
Page 7

Q:      Okay.

A:      I don't know exactly.

Q:      Okay.  That's fine.

A:      He working in the, you know, the [inaudible] someplace else so I don't know much about it.

Q:      Okay.  That's fine.  Uh, uh, were there any passengers in his car when the accident occurred, do you know?

A:      Uh, beg your pardon?

Q:      Were there any passengers with Vassali when the accident occurred?

A:      I believe it's no passenger.  I believe it's by himself.

Q:      Okay.  And do you know what happened in the accident?

A:      Uh, I, I think by the police report, and, uh, I think he like he had, uh, like drinking.

Q:      Uh-huh.

A:      Or something like this involved.

Q:      Okay.

A:      Because [inaudible] that's why I don't know.

Q:      And I'm sorry.  Did you say that Vassali is in jail?

A:      Yes, sir.

Q:      Okay.  And you have not spoken to him since the accident?

A:      Not yet.

Q:      Okay, okay.  Where is your vehicle, do you know?

A:      It's impound, police impound someplace, and I went to the police station, and they give me one officer.  I call him, and he never return my car two days, and I really don't know where it's at.

Q:      Okay.  And what, what's the name of the officer?

A:      Uh, let me see, okay.  His name is Adair, Officer Adair, I think.

Basargin
Page 8

Q:      Can you spell that for me?

A:      It's, uh, A-d-a-i-r.

Q:      Okay.

A:      His phone number is 786-8741.

Q:      So, so it's 907-786-8741?

A:      Yes, sir.

Q:      Okay.

A:      I call him, I call him today again, and just, uh, just a recording.

Q:      Uh-huh.

A:      But he never, he never return my call, and I got some, few tools in the pickup.

Q:      Okay.

A:      Trying to get back but he never return the call.

Q:      Okay, okay. And do you know, do you know the location of the impound yard?

A:      That I don't know either. I was, one impound here in, uh, [inaudible] I looked at it, the yard. It's not there so I don't know where.

Q:      Okay. So, so you haven't seen your vehicle?

A:      No, sir.

Q:      Okay.

A:      Because I couldn't find it, you know, he don't return my call and...

Q:      Okay, all righty. Just a moment, sir. Uh, okay. So if I understand it correctly, you were, you were, you were in, uh, you said you were in Palmer on a painting job?

A:      Yes, sir.

Q:      You're a painter?

A:      Yes, sir.

BASARGIN 10097

Basargin
Page 9

Q:    Okay. Like a house painter?

A:    Yes, sir.

Q:    Okay. And, uh, you didn't have any idea that Vassali was going to take your truck and you did not give him permission to take the truck, is that correct?

A:    No, sir. Because it was, the clutch was not good and I don't give nobody that truck for…

Q:    Was there any other reason why, why you, uh, uh, why you, let me ask you this. If Vassali had come up to, if the clutch was good and he had wanted to borrow it, would you let him borrow it?

A:    No. He has his own. I never borrow it, nobody my vehicle.

Q:    Okay, okay, all right. Uh, well, I can't think of any other questions. Is there anything else that you'd like to add to your statement that you think is significant?

A:    Well, I just, you know, been a little sore, you know, what can happen here.

Q:    Okay.

A:    And that, and I don't see the pickup. I don't know the pickup is drivable or not, you know, because I can't [inaudible] and I couldn't find, you know, find out where is the pickup is.

Q:    Do you know where the damage on the pickup truck is?

A:    I really don't know. I don't see it so that's what I'm trying to call everyday to this officer. He never return the call.

Q:    Okay.

A:    Matter of fact, I call about two, three times a day, and today I called twice. Yesterday I called twice.

Q:    Okay, all right. Uh, I can discuss this more with you off the tape. I, I thank you for giving me this statement on what you know. Uh, is there anything else you'd like to add?

A:    That, that's all. I just would like to report the insurance, you know, what's going to happen.

Q:    Sure, all right.

A:    My worry, you know, I don't know how many hours the limit, you know.

Q:    Sure. I can discuss your insurance coverage with you once we're off the phone. Uh, uh, did you understand all my questions?

Basargin
Page 10

A:      Yes.  You know, I understand your questions.

Q:      Okay.  And were your answers to my questions true to the best of your knowledge?

A:      What does that mean?  I cannot quite understand.

Q:      In other words, were your answers to my questions true answers to the best of your knowledge?

A:      Yes, sir.

Q:      Okay.  Uh, were you aware that I was recording our conversation?

A:      Yes, sir.  You told me.

Q:      And did I have your permission to do that?

A:      Yes, sir, you did.

Q:      Okay.  I'm going to…

[End of Recorded Statement.]

BASARGIN 10099

EXHIBIT  E  PAGE 10 OF 10