# RECORDED CLAIMS STATEMENT

| Insured | | Claim No. 4541 0907 2020 | File Name swa41439.pmu |
|---|---|---|---|
| Basargin | | | |
| Name of Person Giving Statement | | Relationship to Accident | |
| Poluheria Basargin | | Policyholder | |
| Date Taken 7/15/05 | Date of Loss 7/6/05 | Interviewer Paul Henry | |

Q:  This is Paul Henry in Redmond, Washington. Uh, I'm speaking with Poluheria Basargin and I may be mispronouncing the name, uh, who resides in Anchorage, Alaska. Uh, today's date is the 15th of July 2005. Uh, Ms. Basargin, are you aware that I'm recording our conversation?

A:  Yes.

Q:  And do I have your permission?

A:  Yes, you do.

Q:  Thank you. Uh, uh, the purpose of our conversation is to discuss a claim recently reported to Safeco, uh, to investigate the facts of this claim and to determine if your policy provides coverage for the claim. Do you understand that?

A:  Yes.

Q:  Thank you. Uh, ma'am, for the record, would you state your full name and home address please?

A:  Oh, okay. Uh, my first name, P-o-l-u-h-e-r-i-a.

Q:  Oh, okay.

A:  And last name, Basargin, B-a-s-a-r-g-i-n.

Q:  Okay. And what's your address?

A:  Uh, 381 Bollin Street [phonetic], Apartment 3, Anchorage, Alaska  99504.

Q:  Oh, okay. Uh, we are discussing an accident that allegedly involves your, uh, is it your son, uh, Vassali? [phonetic]

A:  Yes.

Q:  Okay. And is he your natural son?

BASARGIN 10100

EXHIBIT  F  PAGE  1  OF 10

Basargin
Page 2

A:    Yes.

Q:    Okay. Uh and my understanding is the date of this accident was July 6th, 2005. Is that your understanding as well?

A:    Yes, uh-huh.

Q:    Uh and were you, were you in the car or present when the accident occurred?

A:    No, no. Car, I, I wasn't even home.

Q:    Okay.

A:    I was on my car [inaudible] and somehow, sometimes when he come, I'm not here. Sometimes when he come, and, uh, we have a [inaudible] door here...

Q:    You...

A:    It's not locking [inaudible] door.

Q:    I, what kind of a door?

A:    Sliding door.

Q:    Oh, sliding door?

A:    Uh-huh, [inaudible] maybe I'm, I'm not that good English.

Q:    That's okay.

A:    Uh...

Q:    You mean a, like a sliding glass door?

A:    Yes.

Q:    Okay.

A:    I think he go by there.

Q:    Okay.

A:    And he got the key.

Q:    Okay. Now, uh, uh, what, what vehicle of yours was involved in the accident?

BASARGIN 10101

EXHIBIT _F_ PAGE _2_ OF _10_

Basargin
Page 3

A:    Mine?

Q:    Yeah. In other words, what...

A:    Well, you know, this a family vehicle.

Q:    Right. But I mean what vehicle, what...

A:    I'm sorry. '92 Chevy.

Q:    Okay.

A:    It's in accident.

Q:    1992 Chevrolet.

A:    Uh-huh.

Q:    And it's a pickup truck, is that correct?

A:    Pickup.

Q:    Okay.

A:    Pickup truck, yes.

Q:    And what color is it?

A:    It's, uh, red and black, black and red.

Q:    Okay. And you, you and Mr., uh...

A:    Husband.

Q:    You and Ivan, his name is Ivan Basargin, that's your husband, right?

A:    Uh-huh.

Q:    And you folks are the registered owners?

A:    Yes.

Q:    Okay.

BASARGIN 10102

EXHIBIT _F_ PAGE _3_ OF _10_

Basargin
Page 4

A:   Actually my husband registered owner, but it's family. We'll, husband and me, we're altogether driving.

Q:   Gotcha.

A:   We have together insurance on it.

Q:   Okay.

A:   Yeah.

Q:   Okay. Now your son, uh, Vassali, does he live with you?

A:   No, no.

Q:   Okay. And where does he live?

A:   He lives, uh, somewhere, some, [inaudible] I found out the address. He lives, uh, he was living with his brother.

Q:   Okay, okay.

A:   Uh-huh. And he was working with his brother.

Q:   And who is his, who is his brother?

A:   Uh, Sam, Sam Basargin.

Q:   Okay. And you guys call him Sam?

A:   No. Uh, uh, friends call him his nickname, but Savva Basargin.

Q:   Is it S-a-v-a?

A:   V-v-a.

Q:   S-a-v-v-a, okay. And uh, uh, where, what, what town does he live in?

A:   Uh, end of this town in Anchorage.

Q:   In Anchorage?

A:   Yeah. He's in there south out there.

Q:   Do you know, uh, Savva's, uh, full address?

BASARGIN 10103

EXHIBIT ___F___ PAGE __4__ OF _10_

Basargin
Page 5

A:     No. That's what I said. I can find out for you or, uh, if I see him, I can, uh, tell him to give you a call or something.

Q:     Okay.

A:     To my agency here. He can call or you.

Q:     He can call me directly. I'll give you my...

A:     Let's see. I am outside right now with the telephone. Let's see if I have a pen. Yeah, boy, okay, go ahead, sir.

Q:     Okay. Uh, my, uh, my name is Paul Henry. Hello, hello, hello? All right. This is Paul Henry with Safeco Claims in Redmond, Washington. I'm speaking with Poluheria Basargin who resides in, uh, Anchorage, Alaska. We are discussing a motor vehicle accident, uh, uh, that occurred on July 6th, 2005. We were momentarily disconnected. Uh, we have now reconnected and are continuing our statement. Uh, Ms. Basargin, I do want to again advise you that I'm recording this statement, are you aware of that?

A:     That's okay, yes. I know now.

Q:     And do I have your permission?

A:     Yes, it is.

Q:     Okay. So, uh, where we left off was we were talking about your son, uh, Vassali.

A:     Uh, yeah.

Q:     Can you tell me his date of birth?

A:     Uh, 8/8, uh, '76.

Q:     '76, okay.

A:     Uh-huh.

Q:     So he's 28 years old?

A:     Yeah.

Q:     Okay. Uh and, uh, and we also confirmed that as far as you know, he lived with your son, Savva...

A:     Yes.

BASARGIN 10104

EXHIBIT  F  PAGE 5  OF 10

Basargin
Page 6

Q:    In Anchorage?

A:    He works for him and he lives there.

Q:    Okay.

A:    Uh-huh.

Q:    Bear with me just a moment here.

A:    No problem.

Q:    Okay. Uh, now, uh, did you give your son, Vassali permission to drive the, the red and black pickup?

A:    No, I don't.

Q:    Okay.

A:    No, I don't. He just, uh, when I wasn't there, I said how did you get the truck? Why? He said I need something to bring and I went through, uh, [inaudible] you know, that flat door…

Q:    Uh-huh.

A:    Sliding door.

Q:    So he told you that he entered your home through your sliding door?

A:    Yes, yes.

Q:    Okay. And the keys were inside?

A:    Well, we have in one, uh, place out there hiding in a closet where my husband always hanging our keys.

Q:    Uh-huh.

A:    That's all.

Q:    And you think, was the sliding door unlocked or does he have a key?

A:    No, no, no. They are not locked the door.

Q:    Okay.

A:    Uh, something wrong. Right now we have to buy new lock and change because it was not locked.

Basargin
Page 7

Q:    Okay. Bear with me just a second. And where do you, where do you keep the keys?

A:    We always, uh, hang the keys in the closet.

Q:    Okay. And which closet is this? Is it like a coat closet or a bedroom closet?

A:    No. When you get the, just get through the living room and, you know, when we take off the clothes and or...

Q:    Got you. So it's in your living room?

A:    Uh-huh.

Q:    Okay, okay. Uh, now in the, uh, in the past, has Vassali ever driven the truck?

A:    No, no.

Q:    And I want to be quite clear, he's never driven the truck before?

A:    No, he didn't.

Q:    Okay, that's fine. Uh, has he ever asked to borrow the truck before?

A:    No, he didn't.

Q:    Okay, okay. Um, would he have any reason to believe that it was okay for him to drive the truck?

A:    I didn't quite, uh, understand what...

Q:    You didn't understand the question.

A:    Uh-huh.

Q:    Would he have a reason to believe that he had permission to drive the truck?

A:    I don't know.

Q:    Okay.

A:    I don't know.

Q:    How, uh, how long has it been since he's lived with you?

A:    He didn't live with us.

BASARGIN 10106

EXHIBIT  E  PAGE  7  OF 10

Basargin
Page 8

Q:    No. But how, when was the last time he did live with you?

A:    Well, couple years, I think.

Q:    Okay. So he, so he has not lived with you for a couple years?

A:    Yeah.

Q:    Okay.

A:    But sometimes they come visit us.

Q:    Okay.

A:    The children, you know, all of them.

Q:    How long have you owned the vehicle? How long have you owned the black and red pickup?

A:    Uh, almost two years.

Q:    Almost two years, okay.

A:    Uh-huh.

Q:    Okay. Did you, did you own the black and red pickup at any time when Vassali, excuse Vassali lived with you?

A:    No, no.

Q:    Okay. So you, you purchased the pick up after he moved out?

A:    Yes, yes.

Q:    Okay.

A:    Uh-huh. My husband, uh, pickup, you know, for tools or sometimes to bring something.

Q:    I'm sorry. Your husband purchased pur-...

A:    I said, uh, we use the truck, to bring something, or put tools on it to, you know, to go something, pick up, always usable.

Q:    Sure.

A:    Uh-huh. That's why we have pickup.

**BASARGIN 10107**

EXHIBIT  _F_  PAGE  _8_  OF _10_

Basargin
Page 9

Q:    So basically for its carrying capacity?

A:    Uh-huh.

Q:    Okay, okay. Did Vassali tell you why he took the truck?

A:    He, I just ask him, how you get why? He said I don't know, mom, but I go through the [inaudible] door.

Q:    Okay.

A:    I know they're not locking, locked.

Q:    Okay.

A:    And I went there, and to get something, but he didn't tell me what, to get something on truck.

Q:    Okay. So he took the truck to pick up something?

A:    Yes.

Q:    Okay.

A:    To bring something home or something. That's what he told me.

Q:    Okay, okay. Um, hm, did he tell you what happened in the accident?

A:    No, no.

Q:    Okay.

A:    I just visit him that's all.

Q:    Sure. Did he, did he tell you if he had been drinking?

A:    No. We didn't even talk about nothing.

Q:    Gotcha, okay. Is it poss-, okay, never mind, never mind. Uh, hm, I think that's all the questions that I have.

A:    Okay.

Q:    Ms. Basargin. Uh, is there anything else you'd like to add that you think might be important?

A:    What can I add? Nothing. Just talk to my husband [inaudible] I don't know what the, I don't.

BASARGIN 10108

EXHIBIT ___F___ PAGE __9__ OF _10_

Basargin
Page 10

Q:      Okay, that's fine. Uh, I'll go ahead and conclude our conversation. Uh, again, I want to remind you that we were recording. Were you aware of that?

A:      Okay.

Q:      And did I have...

A:      Yes, I did.

Q:      Did I have your permission?

A:      You did.

Q:      Okay.

[End of Recorded Statement.]

BASARGIN 10109

EXHIBIT F PAGE 10 OF 10