## INTERVIEW OF MICHAEL BUZA

On January 18, 2006, Elliott T. Dennis (ETD) conducted an interview of Michael Buza (MB) at his law office on 1503 West 31st Avenue, Suite 201, Anchorage, Alaska.

ETD   Are you aware that I am recording this conversation and do I have your permission to do so?

MB   Yes, I am aware you are recording the conversation and you do have my permission.

ETD   Okay. Would you state your name so we have it on the tape.

MB   The name is Michael Buza.

ETD   And, what is your phone number where you can be reached?

MB   Area code (907) 279-0052

ETD   What is your occupation?

MB   I am contractor.

ETD   Do you own a construction company?

MB   I own my own construction company, that is correct.

ETD   Okay. What is the name of the company?

MB   The name of the company is RPM Construction.

ETD   Do you know a person by the name of Vasily Basargin?

MB   Yes I do.

ETD   And, how do you know him?

MB   He and his brother had a company by the name of KB Buildings and I subcontracted them to frame some buildings for me.

ETD   Okay. And when was it that they did the subcontracting for you?

MB   I believe that it would have been about, sometime the latter part of September the early part of October of 2004.

ETD   Okay. And how long did they work on the job?

MB   They worked on the job, I know for sure three possibly four months.

Interview of Michael Buza
January 18, 2006
Page 2

ETD  Okay. And where was this job located?

MB  On the corner of 13th of Denali.

ETD  That is here in Anchorage, Alaska?

MB  Here in Anchorage.

ETD  Okay. Did you see them, see what type of vehicles they would arrive in?

MB  Yes I did.

ETD  How frequently would you see the vehicle that they would arrive to work in?

MB  Pretty much during the time that they worked for me every day, Monday through Friday and sometimes on Saturdays.

ETD  Okay. I have shown before starting this recording, I have shown you some three photographs and ask you (actually four photographs), ask you if you can identify, have you ever seen the vehicle in these, that are shown in these photographs?

MB  Yes I have.

ETD  Okay. What vehicle is that?

MB  It is a Chevrolet pickup with a rack on it that was, that they used to drive to my job.

ETD  Was that the vehicle that was there every day?

MB  Yes it was.

ETD  And is there any question in your mind that this is the vehicle that they used?

MB  No question at all.

ETD  Okay. Did you yourself see Vasily Basargin drive this vehicle?

MB  Yes I did.

ETD  And was it, how often, as between Vasily and his brother, did one drive it more frequently than the other or do you have any knowledge about that?

Interview of Michael Buza
January 18, 2006
Page 3

MB   I don't have much knowledge although I do believe that his brother, Savva, drove it more than Vasily.

ETD   Okay. But what percentage of the time when you saw them in the vehicle, would you say you saw Vasily driving it?

MB   I can't remember.

ETD   But you are clear that you have seen him drive it?

MB   Oh yeah, yeah.

ETD   Okay. It was not an infrequent time?

MB   It was not infrequent, no it was not infrequent.

ETD   Okay. The, did you, did you ever have occasion to be up close to this vehicle, have anything to do with it?

MB   On a couple of occasions it would not start. We would have to push it to get it started. I remember doing that a couple three times.

ETD   Okay. So you were actually physically close enough to have your hands on it.

MB   Yes I was.

ETD   Yeah. Its got a somewhat distinctive paint job. Have you ever seen one that looked like this before?

MB   I have never seen one red and black like that before - no.

ETD   Okay. Lets see. Go off record and make sure. Before we started this recording did you take a look through your records, here, pertaining to that job, pertaining to KB Construction to determine date wise, when you would have paid them or when they worked on the job?

MB   Yeah. I have records of, I have all the checks that I paid them, amounts that I paid them, everything.

ETD   And the first payments was made when and when was the last time?

MB   The first payment that I made to them was made on October 12, 2004 in the amount of $3,500.

Interview of Michael Buza
January 18, 2006
Page 4

ETD   And the last payment was?

MB   These records right here it looks like 1/13/05.

ETD   Okay. All right. Okay. After they left that job, did you have any further dealings with them or?

MB   Yes I did.

ETD   Okay. What were those dealings?

MB   I contracted to do a fire renovation job for an old school friend of mine on Medfra Street to rehab a duplex and I contracted with KB Builders which would have been Savva and Vasily to do the framing on that job.

ETD   Okay. And, do you know what time period it was that they worked on that job?

MB   I don't have that information here in front of me. But, it would have been the, it would be winter time of '05.

ETD   Okay. Were they still driving this red and black chevy pickup on that job?

MB   I didn't pay that, paid too much attention to that but, I believe that they were.

ETD   Okay. All right. When that job was completed, did you have any further dealings with them?

MB   No I did not.

ETD   Okay. Have these statements that you have made here the responses to my questions been the truth and nothing but the truth so help you God?

MB   Yes they have been.

ETD   Okay. Thank you very much.

End of interview.

This document was transcribed by Marsha Fowler on January 18, 2006.

Note: The "os", um's, er's etc have been deleted.