# TABLE OF CONTENTS OF EXHIBITS
*Safeco Insurance Company of Illinois v. Zachary Putman*
**Case No. 3:06-cv-50 TMB**

A. Indictment

B. Complaint - Superior Court of Alaska - entitled *Zachary Putman v. Vasily Basargin, Ivan S. Basargin and Poluheria Basargin,* Case No.: 3AN-05-10947 CV

C. Vasily Basargin's Answer in Superior Court of Alaska - entitled *Zachary Putman v. Vasily Basargin, Ivan S. Basargin and Poluheria Basargin,* Case No.: 3AN-05-10947 CV

D. Ivan S. Basargin and Poluheria Basargin's Answer in Superior Court of Alaska - entitled *Zachary Putman v. Vasily Basargin, Ivan S. Basargin and Poluheria Basargin,* Case No.: 3AN-05-10947 CV

E. Recorded Claims Statement of Ivan Basargin

F. Recorded Claims Statement of Poluheria Basargin

G. Parker & Associates - Adjuster, John C. Parker Investigative Report

H. Interview of Michael Buza