

908 Highland Ave., Ste. #1
Kenai, Alaska 99611
Ph. (907) 283-3007
Fax (907) 283-5435
E-mail: freex2@ptialaska.net

November 20, 2005

Safeco Insurance Company
P.O. Box 34700
Seattle, Washington 98124

Attention:   Doug Lueken
             Paul Henry

RE:  Transmittal No.    3         :   2nd Report
     Insured                      :   Ivan, Poluheria & Vasily Basargin
     Policy No.                   :   HO1841365
     Date of Loss                 :   7/6/05
     Type of Loss                 :   Auto/Liability
     Location of Loss             :   E. Northern Lts. Blvd. Anchorage, AK
     Our File No.                 :   K05AL-10162
     Your Claim No.               :   8264 3848 2015 - Doug
                                      4541 0967 2020 - Paul

Dear Doug & Paul:

This will serve as our 2nd report regarding the above referenced claim, subsequent to insured's being involved in multiple MVS's on E. Northern Light Blvd. in Anchorage, Alaska

**INSURED**
           Last Known     Ivan, Poluheria & Vasily Basargin
                          381 Bolin Circle
                          Anchorage, Alaska 99501

**POLICY**
                          Safeco Auto Policy
                          Effective Dates: Not Provided

BASARGIN   10172

EXHIBIT _G_ PAGE _1_ OF _19_

Page 2 of 19
November 20, 2005

| | | |
|---|---|---|
| TO | : | Safeco Insurance Company |
| RE | : | Ivan & Poluheria Basargin |
| Our File No. | : | K05AL-10162 |
| Your Claim No. | : | 8264 3848 2015 & 4541 0967 2020 |

**COVERAGE**        Not Provided

**INSURED VEHICLE**

| | |
|---|---|
| Mfg. | Chevrolet |
| Year: | 1992 |
| Model: | CK-1500 |
| VIN: | 1GCEK19K6N1266922 |
| License: | 7216 DH - Alaska |
| Color: | Red/Black |

**INSURED VEHICLE DRIVER**

| | |
|---|---|
| Name: | Vasily (NMI) Basargin |
| Address: | Cook Inlet Pre-Trail Facility Department of Corrections |
| Phone: | (907) 344-4428 (Attorney) |
| DOB: | 8/8/1976 |
| ADL: | 6512371 |
| SSN: | 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 |

**CLAIMANTS**    UAA DRIVE & E. NORTHERN LIGHTS BLVD.

1.  Cheryl J. Christiansen        Driver
    3424 Sagan Circle             Vehicle:   2005 Mercury Villager
    Anchorage, AK 99517           VIN:       4M2DV11WOPDJ53907
    (907) 243-3232                License:   KLF 587 - Alaska
    DOB: 5/5/73                   Ins. By:   Progressive
    ADL: 6635946 - AK

2.  Jesse L. Smith                Owner of above vehicle
    3424 Sagan Circle             Insured by GEICO
    Anchorage, AK 99517
    (907) 243-3232

BASARGIN    10173

Page 3 of 19
November 20, 2005
TO              : Safeco Insurance Company
RE              : Ivan & Poluheria Basargin
Our File No.    : K05AL-10162
Your Claim No.  : 8264 3848 2015 & 4541 0967 2020

3.  Devonda M. Smith           Front right Seat Passenger #1 above
    3424 Sagan Circle          Daughter of # 2 above.
    Anchorage, AK 99517
    (907) 243-3232
    DOB: 9/25/93

**WITNESSES**      **UAA DRIVE & E. NORTHERN LIGHTS BLVD.**

A.  Renee W. McCord          B.  Veronica S. Rodriguez
    2225 Eagle Street            900 Nelchina St. Apt. #3
    Anchorage, AK 99503          Anchorage, AK 99501
    (907) 227-2804               (907) 334-5765
    DOB: 11/4/79                 DOB: 9/1/80

**CLAIMANTS**      **BONIFACE & E. NORTHERN LIGHTS BLVD.**

4.  Zachary B. Putman           Driver
    107 Bunnell Street          Vehicle:   1999 Honda Motorcycle
    Anchorage, AK 99508         VIN:       JH2SC3302XM302168
    DOB: 8/16/79                Insured:   GEICO
    ADL: 7092475 - Alaska       *GEICO has paid total loss under Claimant's*
    Represented by Atty.        *UM Coverage Claims Adjuster Sue Smith*
    Elliott T. Dennis           *GEICO Claims (907) 561-8100 x 12*
    1503 W. 31st Ave., Ste. 201
    Anchorage, Alaska 99503
    (907) 929-4890

BASARGIN  10174

EXHIBIT __G__ PAGE __3__ OF __19__

Page 4 of 19
November 20, 2005

TO            : Safeco Insurance Company
RE            : Ivan & Poluheria Basargin
Our File No.  : K05AL-10162
Your Claim No.: 8264 3848 2015 & 4541 0967 2020

**WITNESSES**          **BONIFACE & E. NORTHERN LIGHTS BLVD.**

C) Joshua M. Lenaghen
Lot 1 Block 1 Rainey Sub
Big Lake, AK 99652
(907) 892-5674
DOB: 7/9/82
ADL: 6729314

D) Timothy A. McGraw
6623 Cimarron Cir.
Anchorage, AK 99504
(907) 339-7203
DOB: 6/29/68
ADL: 6976819

E) Gary T. Spezialy
2627 Carroll Pl.
Anchorage, AK 99508
(907) 276-2225
DOB: 12/7/53
ADL: 0312285

F) Andrea C. Swires
4042 Kingston Dr.
Anchorage, AK 99504
(907) 225-5029
DOB: 6/2/85
ADL: 6966823

G) Joshua J. Davis
1566 Valarian St.
Anchorage, AK 99508
(907) 727-2041
DOB: 6/18/77
ADL: 6785610

H) Glenn J. Kalmakoff
5223 E. 24th Ave. Apt. 23
Anchorage, AK 99508
(907) 230-6372
DOB: 11/27/81
ADL: 6823185

I) Elissa A. Hoffman-Clare
305 Donna Dr. #39
Anchorage, AK 99504
(907) 677-9033
DOB: 9/24/77
ADL: Unknown

J) Kevin J. Okinello
2543 Kensington Dr
Anchorage, AK 99504
(907) 338-1337
DOB: 9/15/65
ADL: Unknown

BASARGIN 10175

EXHIBIT G PAGE 4 OF 19

Page 5 of 19
November 20, 2005

| | |
|---|---|
| TO | : Safeco Insurance Company |
| RE | : Ivan & Poluheria Basargin |
| Our File No. | : K05AL-10162 |
| Your Claim No. | : 8264 3848 2015 & 4541 0967 2020 |

**CLAIMANTS**          **BAXTER & E. NORTHERN LIGHTS BLVD.**

5. Donald M. Graves
5902 Buckner St.
Anchorage, AK 99504
(907) 337-2767
DOB: 3/22/29
ADL: 45441

Driver
Vehicle:   2006 Toyota Corolla
VIN:       1NXBR12E82Z635021
License:   ECT 977 - Alaska
Insurance: State Farm
Claim No.: 02-0516-175

6. Mary A. Dunham
1820 Patterson St.
Anchorage, AK 99504
(907) 333-9865
DOB: 1/20/28

Right front passenger vehicle #5 above

7. Roe Benner
2540 Scarborough Dr.
Anchorage, AK 99504
(907) 248-5388
DOB: 8/15/64
ADL: 1031141

Driver
Vehicle:   1993 Chevrolet PK
VIN:       1GCGK29F6PE132348
License:   DYL 823 - Alaska
Insurance: AIG

8. Patricia MacDonald
715 N. Snowtree Dr
Valdez, AK 99686
(907) 835-2230
(907) 748-5467 (c)
DOB: 8/19/69
ADL: 6258874

Driver
Vehicle:   2006 Chevrolet Suburban
VIN:       3GNFK16T4YG105196
Insurance: State Farm

9. Grace MacDonald

2 yr old passenger in Vehicle #8 above

10. Sam MacDonald

20 mo. old passenger in Vehicle #8 above

Page 6 of 19
November 20, 2005

| | | |
|---|---|---|
| TO | : | Safeco Insurance Company |
| RE | : | Ivan & Poluheria Basargin |
| Our File No. | : | K05AL-10162 |
| Your Claim No. | : | 8264 3848 2015 & 4541 0967 2020 |

**WITNESSES**          **BAXTER & E. NORTHERN LIGHTS BLVD.**

K) Sandi Lequria
651 E. 12th Ave.
Anchorage, AK 99501
(907) 338-6400
DOB: 5/28/68

L) Robert Brynton
1653 E. 41st Ct.
Anchorage, AK 99508
(907) 333-2906
DOB: 11/6/69

M) Adam Diaz
6980 Laser Dr.
Anchorage, AK 99504
(907) 337-3865
DOB: 3/29/86

N) Michael J. Lielasus
1523 Early View Dr.
Anchorage, AK 99504
(907) 227-3887
DOB: 11/11/75
ADL: 6552314

O) Robert W. Dooley
3924 Starburst Ct.
Anchorage, AK 99517
(907) 244-8032
DOB: 6/27/82
ADL: 6874874

P) Jennifer L. Burris
6005 Kody Dr.
Anchorage, AK 99504
(907) 561-9194
(907) 11/2/70
ADL: 6886214

Q) Sandra H. Fuller
5800 Image Cir.
Anchorage, AK 99504
(907) 337-9415
DOB: 7/1/64
ADL: 5522221

R) Barbara J. Flaherty
4210 Pinnacle Cir. #A
Anchorage, AK 99504
(907) 258-7416
DOB: 12/26/75
ADL: 7057791

Page 7 of 19
November 20, 2005

| | | |
|---|---|---|
| TO | : | Safeco Insurance Company |
| RE | : | Ivan & Poluheria Basargin |
| Our File No. | : | K05AL-10162 |
| Your Claim No. | : | 8264 3848 2015 & 4541 0967 2020 |

S)  Holly L. Friend
7623 E. 4th Ave. #4
Anchorage, AK 99504
(907) 333-0621
DOB: 10/8/84
ADL: 7011071

T)  Savva Basargin
9410 Morningside Loop Apt. A
Anchorage, AK 99515
(907) 346-1260
(907) 229-9430 (cell)

U)  Sun Property, Inc.
7381 Durinda Circle
Anchorage, AK  99507
(907) 272-6336
Rich Davids - Realtor

V)  Barber-Colman Company
5660 "B" Street
Anchorage, AK 99518
(907) 345-8153
Vicki Scanlon - Property Mngr.

W)  Mary Snyder
9410 Morningside Loop Apt B
Anchorage, AK 99515
(907) 562-3727

X)  Eric J. Snyder
9410 Morningside Loop Apt B
Anchorage, AK 99515
(907) 562-3727

## INVESTIGATION

Our initial assignment was to identify all claimants and witnesses, obtain recorded interviews with all claimants and witnesses, attempt to quantify damages and obtain as much claim data from adverse parties.

Further, we were asked to calculate the distances between the multiple collisions associated with this loss and provide your office with a note to scale map of the loss.

We obtained the police reports and reviewed them to gain claimant and witness information. As noted above, there are Ten (10) actual and potential Claimants and nineteen (19) identified witnesses.

Page 8 of 19
November 20, 2005

| | | |
|---|---|---|
| TO | : | Safeco Insurance Company |
| RE | : | Ivan & Poluheria Basargin |
| Our File No. | : | K05AL-10162 |
| Your Claim No. | : | 8264 3848 2015 & 4541 0967 2020 |

On 10/21/05, we made contact with attorney Elliott Dennis, who is representing Claimant #4, Putman. Mr. Dennis was amenable to some informal discovery regarding his client but do to case load could not provide much actual medical damage information.

He advised that he had not requested the medical records as yet but would be happy to share them with Safeco upon receipt. Mr. Dennis related the following regarding his client:

1. He was employed as a body shop mechanic and can no longer work.
2. He has a high school education.
3. He is a father of a 6 year old girl and has a girlfriend.
4. He likes motorcycle riding, skateboarding and hiking.
5. His injuries include, 2-3 fractures of his left arm and shoulder. Some have pins now. His left elbow is not damaged.
6. His left leg has at least 4 fractures but his knee appears ok. He may face an ankle transplant.
7. His medical costs are approaching $200,000 and are expected to climb as high as $350,000.
8. GEICO has paid $100,000 under his UM coverage. Some of it went for his motorcycle and the rest for medical costs.
9. Mr. Dennis said that the hospital may be causing some credit problems but stopped short regarding any liens on his litigation.

Mr. Dennis did say that he had credible information that Vasily Basargin had been using the insured vehicle "all summer." He would not elaborate and I did not press the issue.

On 10/28/05, we participated in an interview of Poluheria and Savva Basargin at Atty. Tim Lynch's office in Anchorage. During the interview Poluheria indicated that her residence address was 381 Bolin Circle Anchorage, AK. She said that she had lived there with her estranged husband, Ivan but he was now living in Wasilla.

Page 9 of 19
November 20, 2005
TO            : Safeco Insurance Company
RE            : Ivan & Poluheria Basargin
Our File No.  : K05AL-10162
Your Claim No.: 8264 3848 2015 & 4541 0967 2020

She stated that she intended to move back to Homer and live with her daughter. Poluheria indicated that she learned about the accident and that Vasily took the truck on 7/7/05, when Vasily Basargin called from jail and told her.

She indicated that Vasily had entered the Bolin Circle residence while no one was home, through the sliding glass door, took the keys to the truck and then took the truck. We asked Poluheria what apartment she and Ivan occupied at the Bolin Circle address and she responded that they lived in Apt. #3.

*After the interview of Poluheria and Savva we advised Mr. Lynch that typical apartment buildings have Apt. #3 on the upper floor and if the is a sliding glass door, there will be no outside access to it. Mr. Lynch advised us to discuss the matter with your office and get further instructions regarding extending our investigation.*

Savva Basargin related that his brother, Vasily had clothes and tools at his residence but did not live there on a regular basis.

Subsequent to the interview of Poluheria and Savva Basargin, your office requested that we inspect the Bolin Circle address and determine where Apt. #3 is and what type access can be obtained through the sliding glass door.

Further, we were instructed to attempt to determine if the insured vehicle had been seen in the neighborhood of 9410 Morningside Loop prior to the loss date.

On 10/29/05, we traveled to 381 Bolin Circle Anchorage, AK and located Apt. #3 on the upper left level (Photo #1). We also noted that Apt. #3 has a sliding glass door but that it has no outside access. An enclosed deck surrounds it. (Photo #2). There was a white Chevrolet pickup parked in the #3 space bearing Alaska license 7679CT.

BASARGIN 10180

EXHIBIT G PAGE 9 OF 19

Page 10 of 19
November 20, 2005

| | | |
|---|---|---|
| TO | : | Safeco Insurance Company |
| RE | : | Ivan & Poluheria Basargin |
| Our File No. | : | K05AL-10162 |
| Your Claim No. | : | 8264 3848 2015 & 4541 0967 2020 |

*Note:* Mr. Lynch re-interviewed Savva Basargin on 10/29/05, and Savva stated that he had seen Vasily "climb" up onto the deck to access the sliding glass door. The word climb suggests there was some access to the deck from below, which is not the case. The only way to access the deck would be by a ladder of some sort but you would expect a person to describe access by using the word ladder instead of just using the word climb.

We then traveled to 9410 Morningside Loop and noted that there was a lock box on the door of Apt. "A" and a sold sign in the front yard. We made contact with the real estate agent, Davids, and learned that the property had a pending sale but not to Savva Basargin. According to the agent, Basargin had been evicted from the property on at least two occasions due to police being called to the residence. We noted a blue Dodge Dakota pickup in the driveway bearing Alaska license EUK945.

Davids referred us to the property manager, Scanlon, who said that Basargin had been evicted due to continual problems involving domestic violence, failure to pay rent and having additional people living in unit in violation of the lease agreement. Ms. Scanlon gave us names and phone numbers of neighbors whom she believed could tell us who occupied the apartment.

Late in the afternoon of 10/29/05, we returned to the Morningside Loop area and made contact with Mary Snyder in Apt B. Mrs. Snyder, who advised that police had been called to the Basargin residence on at least two occasions in the past ten months for domestic violence complaints. She said that she saw pickup trucks parked there but could not identify them but that her son Eric could.

We then contacted Eric Snyder, who gave a detailed description of the insured vehicle including, that it had tools in the back for framing and painting. He also stated that the driver was in his late 20's and had short brown hair.

*Note: During Savva Basargin's interview at Atty Lynch's office, he said that he did not drive the insured vehicle because he had his own.*