Page 11 of 19
November 20, 2005

| | | |
|---|---|---|
| TO | : | Safeco Insurance Company |
| RE | : | Ivan & Poluheria Basargin |
| Our File No. | : | K05AL-10162 |
| Your Claim No. | : | 8264 3848 2015 & 4541 0967 2020 |

## CONCLUSIONS

Based on the above information, we conclude that the insured vehicle was at the Morningside Loop apartment of Savva Basargin on a more or less daily basis for several months prior to the loss. Savva Basargin claimed that he did not use the vehicle and the apparent driver is a WMA in his late twenties, which fits the description of Vasily Basargin, who was apprehended while operating the vehicle.

The vehicle owner, Ivan Basargin, has failed or refused to come in for an interview, therefore we can only use what he already stated that he was not living or staying at the Morningside Loop location but lived on Bolin Circle.

From that we conclude that Vasily Basargin's use of the vehicle was at least permissive.

## INTERVIEWS

Interviews were conducted with Claimants to determine the extent of their BI/PD losses. Following are summaries of those interviews:

UAA DRIVE & E. NORTHERN LIGHTS BLVD

**Cheryl J. Christiansen - Claimant #1**

Ms. Christiansen refused to give a recorded interview. She referred us to the vehicle owner, Jesse L. Smith, Claimant #2. Claimant #1 acknowledged that she was the driver of a vehicle damaged by the insured vehicle and that she had a passenger, Devonda Smith, Claimant #3, who is the daughter of Claimant #2. Christiansen stated that Claimant #3 was slightly injured and had gone to the hospital but refused to give further details.

BASARGIN 10182

EXHIBIT G PAGE 11 OF 19

Page 12 of 19
November 20, 2005
TO         : Safeco Insurance Company
RE         : Ivan & Poluheria Basargin
Our File No.  : K05AL-10162
Your Claim No. : 8264 3848 2015 & 4541 0967 2020

**Jesse L. Smith - Claimant #2**

Mr. Smith also refused to give a recorded interview. He did leave a message with our adjuster that his vehicle had been repaired under a GEICO claim but refused to provide any claim information.

**Devonda M. Smith - Claimant #3**

Ms. Smith is the minor daughter of Claimant #2 and was not contacted.

BONIFACE PARKWAY & E. NORTHERN LIGHTS BLVD

**Zachary B. Putman - Claimant # 4**

Mr. Putman is represented by Atty. Elliott Dennis and was not interviewed. A narrative summary of informal discovery information regarding Putman's damages is on Page 8 of this report.

BAXTER RD. & E. NORTHERN LIGHTS BLVD

**Donald M. Graves - Claimant # 5 - Recorded Interview - 10/21/05**

Mr. Graves is a retired 76 year old gentleman, whose hobby is photography. He was operating a 2002 Toyota Corolla sedan insured by State Farm at the time of the accident. He was very cooperative during the interview but could not remember specific details when asked. He is not presently represented by counsel but has talked to an attorney friend.

Mr. Graves stated that his injuries consisted of the following:

1. 2 broken ribs on each side of his chest
2. Fractured or cracked vertebra in his neck
3. Severe bruising of the upper torso (Photo 9)

Page 13 of 19
November 20, 2005

| | |
|---|---|
| TO | : Safeco Insurance Company |
| RE | : Ivan & Poluheria Basargin |
| Our File No. | : K05AL-10162 |
| Your Claim No. | : 8264 3848 2015 & 4541 0967 2020 |

His treating physicians were listed as follows:

1. John Schwartz, MD - Family Physician
   1201 E. 36th Ave
   Anchorage, AK 99508
   (907) 562-9229

2. Stephen P. Hyans, MD - ER Physician
   3300 Providence Dr. Ste. 208
   Anchorage, AK 99508
   (907) 261-5672

3. Timothy I. Cohen, MD - ER Physician
   3220 Providence Dr. Ste. E3-020
   Anchorage, AK 99508
   (907) 258-6999

4. Susan L. Lamb, NP
   1516 Atkinson Dr.
   Anchorage, AK 99504

Mr. Graves described his physical condition on the date of our interview as:

1. Lack of stamina
2. Can move about 1/3 of what he did
3. Can't lay flat in bed. Must sleep sitting up in recliner.
4. Experiences considerable pain if trying to lay down.
5. *We observed him to have a very difficult time trying to stand from sitting.*

Mr. Graves indicated that much of his medical bills are unpaid. He stated that State Farm Insurance has exhausted his vehicle coverage Med-Pay coverage of $25,000 on Claim No. 02-0516-175. The claims adjuster is Lisa Powell at (907) 261-3762.

Page 14 of 19
November 20, 2005

| | |
|---|---|
| TO | : Safeco Insurance Company |
| RE | : Ivan & Poluheria Basargin |
| Our File No. | : K05AL-10162 |
| Your Claim No. | : 8264 3848 2015 & 4541 0967 2020 |

According to Mr. Graves his primary coverage is through State Farm with supplemental coverage through Blue Cross and Medicare. He was unsure of the total medical costs.

Mr. Graves said that he gave a recorded statement to the Municipality of Anchorage DA but has not been contacted by any insurance company except State Farm and has not given any other recorded interviews.

Using an adjuster supplied not to scale intersection detail diagram, Mr. Graves showed the location of his vehicle before and after the collision. He signed and dated the diagram. (See Exhibit "A")

Mr. Graves advised that shortly before the accident he paid $250 to attend a photography class near Seldovia, AK but had to cancel the class and was unable to get a refund.

He also provided our adjusted with a CD containing photos of his vehicle damages (Photos 6-8) and photos of his and Mrs. Dunham's physical injuries (Photos 9 -10)

**Mary A. Dunham - Claimant # 6 - Recorded Interview - 10/21/05**

Mrs. Dunham is a retired 77-year-old lady who is a friend of Claimant #5. She was the restrained, right front seat passenger in Claimant # 5's vehicle. Mrs. Dunham was very cooperative during the interview. She had a reasonable recollection of the facts surrounding her portion of the loss. She is not currently represented by counsel in this matter but had conversed with the same Atty. friend as Claimant #5.

Mrs. Dunham described her hobbies as:

1. Water aerobics
2. Painter (Water Colors)
3. Potter
4. Print Maker
5. Paper Maker
6. Journal Maker

Page 15 of 19
November 20, 2005
TO            : Safeco Insurance Company
RE            : Ivan & Poluheria Basargin
Our File No.  : K05AL-10162
Your Claim No.: 8264 3848 2015 & 4541 0967 2020

In reference to the last item, Journal Maker, Mrs. Dunham showed me volumes and volumes of hardbound, hand written and hand painted journals. I viewed Volumes # 51 & 52, which were a detailed contemporaneous record of pre and post accident daily activities and conditions of both Mrs. Dunham and Mr. Graves.

Mrs. Dunham described her injuries as follows:

1. Impact injury over left eye with cut
2. Digestive problems (possibly from seat belt) causing a 10-12 lb. weight loss.
3. Bruise on the left hip.

In describing her physical condition on the day of our interview she stated that:

1. She was 10 lbs. lighter (She is a very small person to start with)
2. Slight discomfort and scar over left eye.

Mrs. Dunham was treated at Providence Hospital along with Mr. Graves. Her treating physicians were as follows:

1. Max J. Rabinowitz, MD - ER Physician
   3200 Providence Dr.
   Anchorage, AK 99508
   (907) 562-2211

2. John Schwartz, MD - Family Physician
   1201 E. 36th Ave
   Anchorage, AK 99508
   (907) 562-9229

Page 16 of 19
November 20, 2005
TO           : Safeco Insurance Company
RE           : Ivan & Poluheria Basargin
Our File No.  : K05AL-10162
Your Claim No. : 8264 3848 2015 & 4541 0967 2020

Mrs. Dunham could not quantify her total medical costs during the interview but she provided our adjuster with receipts from, Geneva Woods Medical Equipment Co., in the amount of $618.00, for medical equipment she and Mr. Graves rented or purchased for his recovery. Mrs. Dunham stated that Mr. Graves stayed in her home while recovering.

She also stated that she has not given any other recorded interviews but was contacted by mail from the Municipality of Anchorage DA.

**Roe Benner - Claimant # 7 - Recorded Interview - 10/22/05**

Mr. Benner is a 41 year old Captain for Alaska Airlines. He was very cooperative and had a good recollection of the facts surrounding the accident at Baxter & E. Northern Lights Blvd. He is not represented by counsel.

Using an adjuster supplied not to scale intersection detail diagram, Mr. Benner showed the location of his vehicle before and after the collision. He signed and dated the diagram. (See Exhibit "B")

According to Mr. Benner, his vehicle suffered between $2700-$3900 damage to the left front fender, door, rocker and suspension. He has only replaced a tie rod end to make the vehicle safe to drive. Mr. Benner denies any injuries associated with this accident. He stated that he gave a recorded interview previously to Safeco and his carrier AIG.

**Patricia L. MacDonald - Claimant # 8 - Recorded Interview - 11/21/05**

We made initial contact with Mrs. MacDonald on 10/21/05 at her place of employment, Doyon Ltd. at 3000 "A" Street, Suite 104, Anchorage, AK 99503. Mrs. MacDonald is a 36 year old employed mother of two toddlers. She works as

Page 17 of 19
November 20, 2005

| | | |
|---|---|---|
| TO | : | Safeco Insurance Company |
| RE | : | Ivan & Poluheria Basargin |
| Our File No. | : | K05AL-10162 |
| Your Claim No. | : | 8264 3848 2015 & 4541 0967 2020 |

the, " day to day manager of Doyon Ltd. with a title of HR Generalist. Doyon Ltd. is a Native Corporation in the State of Alaska.

At that time, using an adjuster supplied not to scale intersection detail diagram, Mrs. MacDonald showed the location of her vehicle before and after the collision. She signed and dated the diagram. (See Exhibit "C")

After numerous attempts, on 11/22/05, we were able to get Mrs. MacDonald to give us a recorded interview. She was very reticent to provide identification information and claimed to not remember how much repairs cost on her vehicle. She did state that she filed a claim with State Farm Insurance but has not done anything with it. She claims to have had her vehicle repaired using her extended warranty and stated that the damages were:

1. Paint chips on the hood
2. Rock chip to the windshield
3. Engine problems she could not describe except to say it was leaking.

When asked whether her out of pocket costs were $1000 or less she said she could not remember. Each time we have talked to her she has been in a hurry to do something else.

Mrs. MacDonald is not represented by counsel and claims no injury to herself or her to toddlers ( Claimant's 9 & 10). She gave me her husband's cell phone number and advised that he would know how much the repairs to the vehicle cost.

**Eric J. Snyder - Witness - Recorded Interview - 10/29/05**

Mr. Snyder was interviewed in regards to whether the insured vehicle was located for any period of time at 9410 Morningside Loop Anchorage, AK. He is a 26 year old mechanic living next door to Savva Basargin. Mr. Snyder moved into the Morningside Loop address in July of 2004 and said that Basargin moved in late 2004.

BASARGIN   10188

EXHIBIT _G_ PAGE _17_ OF _19_

Page 18 of 19
November 20, 2005

| | | |
|---|---|---|
| TO | : | Safeco Insurance Company |
| RE | : | Ivan & Poluheria Basargin |
| Our File No. | : | K05AL-10162 |
| Your Claim No. | : | 8264 3848 2015 & 4541 0967 2020 |

Mr. Snyder stated that he comes and goes daily and described the front of his and Basargin's residence as a duplex with garages facing the road and man doors on each side. He said the driveway could handle 4-5 vehicles and there was usually 2-3 vehicles there at any one time. He noticed sever vehicles parked in from of the Basargin residence. During the interview, Mr. Snyder showed an excellent ability to identify vehicles by make and model. He said the following vehicles were usually at the residence:

1. Newer model Lexus - an 02 or 03 model.
2. Late 90's Neon probably a 1997
3. Early 90's Chevrolet truck (He has not seen it for a couple of months)

He said the truck was there pretty much there every day since Basargin moved in. He described the truck as:

Black/Red Chevrolet 4x4. He believes there had a black metal frame rack on the back of the truck and there was often carpenters tools in the bed.

*Note: We have viewed the insured vehicle at the police impound yard. Mr. Snyder's description matches exactly to the insured vehicle.*

When asked if he could identify the driver he stated that there were two different drivers. He believes they both lived at the Basargin apartment. He described them as follows:

Both mid to late 20's or early 30's. Both had short hair and were probably between 5'8 and 6' in height.

Page 19 of 19
November 20, 2005

| | | |
|---|---|---|
| TO | : | Safeco Insurance Company |
| RE | : | Ivan & Poluheria Basargin |
| Our File No. | : | K05AL-10162 |
| Your Claim No. | : | 8264 3848 2015 & 4541 0967 2020 |

*Note: That matches to both Vasily and Savva Basargin. On 12/4/04, when Vasily was arrested on probation violation his descriptors were, 5'10" 225 lbs. Brown hair and eyes. (See Conclusions on Page 11)*

## REMARKS

We will be contacting the other witnesses to get recorded interviews in the next week or so. Our file remains on 30-day diary for reporting purposes. If, after you have had time to read this report, you have additional instructions please advise at your earliest convenience.

Very truly yours,

*[signature: John C. Parker]*

PARKER & ASSOCIATES
John C. Parker, Adjuster

JCP/mlk

ENCLOSURES

Photos
Drawing of Accident Locations (Not to Scale)
Legend for Drawing
Exhibits "A", "B" and "C" to recorded interviews

BASARGIN  10190

EXHIBIT _G_ PAGE _19_ OF _19_