Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>ZACHARY PUTMAN )<br>)<br>) Case No. 3:06-cv-00050 TMB<br>Defendants. ) | |

STIPULATION FOR EXTENSION OF TIME

      The parties, by and through their respective attorneys, hereby stipulate and agree that Safeco may have an extension of time until August 21, 2006, to file its combined reply to Putman's opposition to motion for summary judgment (currently due August 7, 2006) and opposition to Putman's cross-motion for summary judgment (currently due August 15, 2006).  The attorney for Safeco has contacted the attorney for Mr. Putman and has

Stipulation for Extension of Time
Safeco Insurance Company of Illinois v. Putman
Case No. 3:06-cv-00050-TMB
Page 1 of 2

received his agreement and willingness to allow Safeco to file this stipulation with his electronic signature.

>GUESS & RUDD P.C.
>Attorneys for Plaintiff
>
>By:      S/Gary A. Zipkin
>    Guess & Rudd P.C.
>    510 L Street, Suite 700
>    Anchorage, Alaska  99501
>    Phone: 907-793-2200
>    Fax:   907-793-2299
>    Email: gzipkin@guessrudd.com
>    Alaska Bar No. 7505048
>
>ELLIOTT T. DENNIS
>Attorney for Zachary Putman
>
>By:      S/Elliott T. Dennis
>    1503 West 31st Avenue, Suite 201
>    Anchorage, Alaska  99503
>    Phone: 929-4890
>    Fax: 929-4891
>    Email: Elliott@attorneydennis.com

CERTIFICATE OF SERVICE

I hereby certify that on the
3rd day of August, 2006, a copy
of the foregoing document was served
electronically on:

    Elliott T. Dennis, Esq.

Guess & Rudd P.C.

By:   s/Gary A. Zipkin

F:\DATA\5500\1771\pleading\12gazstip.doc

Stipulation for Extension of Time
Safeco Insurance Company of Illinois v. Putman
Case No. 3:06-cv-00050-TMB
Page 2 of 2