Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, <br><br> Plaintiff, <br><br> vs. <br><br> ZACHARY PUTMAN <br><br> Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) Case No. 3:06-cv-00050 TMB |

[PROPOSED] ORDER GRANTING EXTENSION OF TIME

      Based on the stipulation of the parties and the court being fully apprised in the premises,

      IT IS HEREBY ORDERED that Safeco may have an extension of time until August 21, 2006 to file its combined reply to Putman's opposition to motion for summary judgment and opposition to Putman's cross-motion for summary judgment.

DATED at Anchorage, Alaska, this _____ day of August, 2006.

_____
The Honorable Timothy Burgess
U.S. District Court Judge

CERTIFICATE OF SERVICE

I hereby certify that on the
3rd day of August, 2006, a copy
of the foregoing document was served
electronically on:

    Elliott T. Dennis, Esq.

Guess & Rudd P.C.

By: \_\_\_s/Gary A. Zipkin\_\_\_