Law Offices of Elliott T. Dennis
1503 West 31st Avenue, Suite 201
Anchorage, AK 99503
Phone: 929-4890
Fax:    929-4891
Email: elliott@attorneydennis.com

Attorney for Zachary Putman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZACHARY PUTMAN, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cv-00050-TMB |

### *ERRATA*

Defendant, Zachary Putman, hereby notifies the court and counsel that the second line on page 14 of his Memorandum In Support of Opposition to Plaintiff's Motion for Summary Judgment and Defendant's Cross-Motion for Summary Judgment filed on July 28, 2006, incorrectly uses the word "previously" instead of "personally." That line should read, ". . . accidents in which they are personally involved."

DATED this 28th day of August, 2006.

          LAW OFFICES OF ELLIOTT T. DENNIS
          Attorney for Plaintiff


By:   s/ Elliott T. Dennis
       Elliott T. Dennis, ABA #7610087
       1503 W. 31st Avenue, Suite 201
       Anchorage, Alaska 99503
       Phone: (907) 929-4890
       Fax:   (907) 929-4891
       elliott@attorneydennis.com

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY that on this 28th day of __August__, 2006, a true and correct copy of the foregoing was electronically served on the following attorney:

Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501

By:   s/Elliott T. Dennis

ERRATA
Page 2
Errata.1 (Safeco v. Putman - Case No. 3:06-cv-0050 TMB)