Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS,<br><br>    Plaintiff,<br><br>vs.<br><br>ZACHARY PUTMAN,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) Case No. 3:06-cv-00050 TMB<br>)<br>) |

REQUEST FOR ORAL ARGUMENT

      Safeco Insurance Company of Illinois, by and through its attorneys, Guess & Rudd P.C., hereby requests oral argument on the cross-motions for summary judgment now pending before this court.  Although nominally this request is outside the time normally allowed for requests for oral argument, good cause exists to grant the request.

      Safeco filed its motion for summary judgment on July 5, 2006.  (Dkt. 20, 21)  Defendant Putman opposed the motion, and cross-moved for summary judgment on July 28, 2006 (Dkt. 25, 26).

Safeco filed its reply and opposed Putman's cross-motion on August 21, 2006. (Dkt. 31)  Putman's reply in support of his cross-motion was then due on or before August 31, 2006.

Under Local Rule 7.2(a), the parties would normally have three days after Putman's reply brief on his cross-motion to file a request for oral argument.  However, Putman never filed a reply brief in support of his cross motion.  Consequently, Safeco never began counting that three day period, and did not notice the fact that neither party had previously requested oral argument.  This oversight should not prevent the court from exercising its discretion to grant oral argument, as the issues on the cross motions are dispositive of the case.  The motions warrant a hearing before the court before being decided.

Accordingly, Safeco respectfully requests that the court grant oral argument on the cross motions for summary judgment.

DATED at Anchorage, Alaska, this 15th day of September, 2006.

        GUESS & RUDD P.C.
        Attorneys for Plaintiff

        By:     s/Gary A. Zipkin
            Guess & Rudd P.C.
            510 L Street, Suite 700
            Anchorage, Alaska  99501
            Phone: 907-793-2200
            Fax:   907-793-2299
            Email: gzipkin@guessrudd.com
            Alaska Bar No. 7505048

CERTIFICATE OF SERVICE

I hereby certify that on the
15th day of September, 2006, a copy
of the foregoing document was served
electronically on:

    Elliott T. Dennis, Esq.

Guess & Rudd P.C.

By:   s/Gary A. Zipkin
F:\DATA\5500\1771\pleading\14RFOA.doc