Gary A. Zipkin, Esq.
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK  99501
Phone:  (907) 793-2200
Fax:    (907) 793-2299
E-mail: gzipkin@guessrudd.com

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) ) |
| ZACHARY PUTMAN, | ) ) |
| Defendants. | ) Case No. 3:06-cv-00050 TMB ) ) |

[PROPOSED] ORDER GRANTING
SAFECO'S REQUEST FOR ORAL ARGUMENT

Safeco Insurance Company of Illinois ("Safeco"), having requested oral argument on the parties' cross-motions for summary judgment [Dkt. 20, 21, 25, 26) and the court, being fully advised in the premises,

IT IS HEREBY ORDERED that oral argument is scheduled for the ____ day of _____, 2006, at ____.m. in Courtroom _____.

Dated:_____

                                  Hon. Timothy M. Burgess
                                  U.S. District Court Judge

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the
15th day of September, 2006, a copy
of the foregoing document was served
electronically on:

    Elliott T. Dennis, Esq.

Guess & Rudd P.C.


By:___s/Gary A. Zipkin_____
F:\DATA\5500\1771\pleading\15RFOA order.doc