Law Offices of Elliott T. Dennis
1503 West 31st Avenue, Suite 201
Anchorage, AK 99503
Phone: 929-4890
Fax:    929-4891
Email: elliott@attorneydennis.com

Attorney for Zachary Putman

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| SAFECO INSURANCE COMPANY OF ILLINOIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ZACHARY PUTMAN, )<br>)<br>Defendant. )<br>_____ ) | Case No. 3:06-cv-00050-TMB |

### *RESPOND TO PLAINTIFF'S MOTION*
### *FOR ORAL ARGUMENT*

Defendant, Zachary Putman, believes the issues presented to this court have been fully briefed and that oral argument is not necessary. Had he believed otherwise, he would have requested oral argument.

The test of whether oral argument should or should not be granted, is whether the court would find it to be helpful. If this court believes oral argument would be helpful to its decision of the issues presented in the briefing, Putman's counsel will be more than happy to appear before this court and answer any questions the court has and address arguments made by the Plaintiff not

already addressed.

DATED this 25th day of September, 2006.

                                                LAW OFFICES OF ELLIOTT T. DENNIS
                                                Attorney for Plaintiff

                                  By:    s/ Elliott T. Dennis
                                                Elliott T. Dennis, ABA #7610087
                                                1503 W. 31st Avenue, Suite 201
                                                Anchorage, Alaska 99503
                                                Phone: (907) 929-4890
                                                Fax:   (907) 929-4891
                                                elliott@attorneydennis.com

CERTIFICATE OF SERVICE

   I HEREBY CERTIFY  that  on this  25th  day of   September   , 2006, a  true  and  correct  copy  of  the foregoing was electronically served on the following attorney:

Gary A. Zipkin
Guess & Rudd P.C.
510 L Street, Suite 700
Anchorage, AK 99501

By:     s/Elliott T. Dennis

RESPOND TO PLAINTIFF'S MOTION FOR ORAL ARGUMENT
Page 2
Respond Oral Argument (Safeco v. Putman - Case No. 3:06-cv-00050 - TMB)