IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

SAFECO INSURANCE COMPANY OF
ILLINOIS,

                  Plaintiff,

    vs.

ZACHARY PUTMAN,

                  Defendant.

Case No. 3:06-CV-00050-TMB

**JUDGMENT
IN A CIVIL CASE**

**\_\_\_    JURY VERDICT**.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

**\_X\_    DECISION BY COURT**.  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that plaintiff Safeco Insurance Company of Illinois owes no duty to defend or indemnify Vasily Barsargin, Ivan Basargin, and Poluheria Basargin, or any of them, under Safeco Policy H1841823, for the vehicle/motorcycle accident occurring on or about July 6, 2005, at or near the intersection of Northern Lights Boulevard and Boniface Parkway in Anchorage, Alaska, in which Zachary Putman was injured and was the subject of that certain lawsuit in the Alaska Superior Court, entitled *Zachary Putman v. Vasily Basargin Ivan Basargin, and Poluheris Basargin*, Case No. 3AN-05-10947 Civil.

**IT IS FURTHER ORDERED THAT** Plaintiff recover from Defendant costs in the sum

of $_____ and Attorney's Fees in the sum of $_____, for a total judgment in

the sum of $_____.

APPROVED:

_/s Timothy M. Burgess_____

    **TIMOTHY M. BURGESS**
    United States District Judge

October 10, 2006_____          s/ Ida Romack_____
        Date                                   IDA ROMACK, Clerk

*Costs and attorney's fees, if any, to be awarded in accordance with* FED. R. CIV. P. *54 and* D. AK.
L.R. *54.1 and 54.3.*

JUDGMENT IN A CIVIL CASE